# EXHIBIT 1

# WWE TRADEMARKS PENDING/REGISTERED WITH
## THE UNITED STATES PATENT AND TRADEMARK OFFICE ("U.S. PTO")

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|---|---|---|---|
|  | 4,735,547; 4,731,795; 4,735,546; 4,625,255; 4,727,923; 4,675,657; 4,538,209; 4,689,839; 4,689,835; 4,538,210; 4,614,144; 4,645,471; 4,552,144; 5,291,266 | WRESTLEMANIA | 1,432,884; 1,863,534; 2,625,125; 2,881,508; 3,351,858; 3,351,859; 3,727,338; 3,727,339; 4,285,112; 4,923,842 |
|  (Color Version) | 4,645,471 |  | 4,285,112 |
| WWE | 2,772,683; 3,056,074; 3,541,936; 4,451,697; 3,538,710; 3,489,357; 3,412,176; 3,412,177; 3,541,956; 3,621,017 |  | 3,960,447 |
| WORLD WRESTLING ENTERTAINMENT | 2,818,358; 2,772,677; 2,757,599; 2,754,499; 2,870,426; 2,902,203; 2,917,910; 3,585,170; 3,585,171 |  | 3,042,792; 3,115,074; 3,473,626 |
|  (Color Version) | 3,691,5884,220,594 |  | 2,757,596; 2,754,495; 2,846,450; 2,799,228; 2,751,436; 2,757,597; 2,765,751; 2,751,437; 4,756,090; 3,412,169; 3,412,170 |
|  | 4,687,331 |  | 4,032,288; 4,006,983 |
|  | 4,871,102 |  | 2,968,039 |
|  | 5,182,283; 5,177,091 |  | 1,574,169; 1,348,618 |
|  | 86/900,547; 86/900,534; 86/900,716 |  | 4,123,178 |
|  | 88297004 | | |
|  | 3,627,500; 3,755,039 |  | 4,865,510 |
|  | 4,593,423; 85/708,147 |  | 86/341,786; 86/348,537; 86/348,567; 86/348,577 |

1

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|---|---|---|---|
|  | 86/341,769; 86/341,802; 86/341,811; 86/348,587 |  | 4,614,144 |
|  | 3,720,155; 86/501,868; 86/501,883 |  | 4,552,144 |
|  | 4,031,024 |  | 3,894,082 |
|  | 5,586,551; 86/704,311; 86/704,296; 86/704,322; 86/704,159 |  | 87/381,426 |
|  | 88104920 | | |
| | | | |
| | | | |
| 619 | 4,675,811 | LEAGUE OF NATIONS | 86/835,228; 86/835,579 |
| ADAM ROSE | 86/425,743 | LEGEND KILLER | 3,759,319; 3,276,609 |
| ALBERTO DEL RIO | 4,328,835; 4,332,424 | LEGENDARY | 4,436,755 |
| ALEX RILEY | 4,594,271 | LEGION OF DOOM | 87062660 |
| ALEXA BLISS | 87134875 | LEPRECHAUN: ORIGINS | 85/584,680 |
| ALICIA FOX | 86/090,782 | LITA | 86/716,546 |
| A-LIST | 4,049,974 | LUKE GALLOWS | 87014049 |
| AMERICAN ALPHA | 86/855,122 | LUKE HARPER | 86/924,992 |
| AMERICAN WRESTLING ASSOCIATION | 1,410,887 | LUNATIC FRINGE | 86/370,180; 86/370,187; 86/370,179 |
| ANTONIO CESARO | 86/269,574 | MANIA | 86/557,373 |
| APOLLO NATION | 86/721,632 | MANKIND | 3,848,186 |
| ARMAGEDDON | 2,807,405; 2,801,333 | MARIA | 3,752,689 |
| ASUKA | 86/753,293 | MARK HENRY | 3,752,693 |
| A-TRAIN | 3,419,749 | MARYSE | 87061776 |

2

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|---|---|---|---|
| AUSTIN 3:16 | 2,313,120; 2,299,461; 2,299,462 | MEXAMERICAN | 86/798,849 |
| AWA | 1,401,633; 4,863,983; 86/306,286; 86/380,916; 86/943,682; 87/815,817 | MEXICOOLS | 3,252,431 |
| BACKLASH | 2,642,926; 2,627,703; 2,771,710 | MICHAEL MCGILLICUTTY | 4,096,087 |
| BAD BLOOD | 3,174,728; 3,199,302 | MICHAEL TARVER | 3,934,005 |
| BALOR CLUB | 86/583,739 | MIKE KNOX | 3,469,661 |
| BAM NEELY | 3,720,981 | MNM | 3,450,870; 78/606,874 |
| BATISTA | 3,084,462; 3,119,128; 3,084,463; 3,404,371 | MOJO RAWLEY | 87134923 |
| BE A STAR | 4,760,595; 86/899,213 | MONEY IN THE BANK | 3,532,434; 3,949,008; 3,949,010; 3,949,009; 4,358,310; 3,945,864 |
| BECKY LYNCH | 86/925,632 | MONTEL VONTAVIOUS PORTER | 3,731,900 |
| BE LIKE NO ONE | 87/365,362; 87/365,023; 87/364,997; 87/364,994 | MR. MCMAHON | 3,048,616; 3,419,750 |
| BELLA TWINS | 4,809,017 | MR. PERFECT | 2,003,188 |
| BENDING THE RULES | 4,388,467 | MVP | 3,525,024 |
| BETH PHOENIX | 3,801,534 | NAOMI | 86/429,964 |
| BEYOND THE RING | 4,822,923; 86/170,564 | NATALYA | 86/086,127 |
| BIG BOSS MAN | 3,469,974 | NATURE BOY | 3,941,046 |
| BIG E LANGSTON | 4,841,827 | NEVER GIVE UP | 4,777,712 |
| BIG RED | 86/466,331 | NEVER GIVE UP BY JOHN CENA | 85/927,376 |
| BIG SHOW | 2,696,880; 3,069,207; 3,218,574; 4,014,404; 86/822,412 | NEVILLE | 86/683,943 |
| BLAST AREA | 2,659,716 | NEW YEARS REVOLUTION | 3,298,836 |
| BOBBY ROODE | 87214988 | NIA JAX | 87134863 |
| BO DALLAS | 86/425,734 | NIGHT OF CHAMPIONS | 3,589,378; 3,747,410; 3,925,939; 3,747,411 |
| BODY DONNAS | 2,220,008 | NIKKI BELLA | 86/429,958 |
| BOOKER T | 3,234,256; 3,230,536; 3,142,989 | NOAM DAR | 87214298 |
| BOOTS TO ASSES | 4,838,528 | NO MERCY | 2,757,508; 2,803,552; 4,616,254 |
| BOOTY O | 86/939,876; 86/939,871 | NO WAY JOSE | 86/868,289 |
| BRAD MADDOX | 86/429,985 | NO WAY OUT | 2,453,023; 2,625,121; 4,388,956 |

3

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|------|------|------|------|
| BRADSHAW | 2,939,820 | NVRGVUP | 2,341,582; 3,176,335 |
| BRAUN STROWMAN | 86/925,015 | NWO | 2,120,098; 2,120,099 |
| BRAY WYATT | 86/665,296 | NWO NEW WORLD ORDER | 2,972,641; 2,993,019; 4,875,586 |
| BREAKING GROUND | 86/733,794 | NXT | 3,854,998; 77/918,577; 86/220,806; 86/220,794; 86/220,779 |
| BRIAN KENDRICK | 87219196 | NXT ROOKIE | 3,945,854 |
| BRIE BELLA | 86/429,950 | NXT TAKEOVER | 86/261,560; 86/806,888 |
| BRING IT TO THE TABLE | 87295086 | NXT: ARRIVAL | 86/189,367; 86/189,609; 86/189,267 |
| BROCK LESNAR | 86/925,032 | ONE NIGHT STAND | 3,785,401; 3,785,402 |
| BRODUS CLAY | 4,712,804 | OVER THE LIMIT | 3,949,006; 3,949,007; 4,361,681; 3,945,862 |
| BUBBA RAY DUDLEY | 3,620,864 | PAIGE | 86/422,215 |
| CAMP WWE | 86/579,889 | PAUL BURCHILL | 3,720,960 |
| CARLITO | 3,971,009; 3,848,416; 3,898,466 | PIT BULLS | 3,902,166 |
| CARMELLA | 87214280 | PRIMO COLON | 3,936,563 |
| CEDRIC ALEXANDER | 87214286 | RANDY ORTON | 2,957,044; 3,059,530; 3,059,531; 3,059,535 |
| CELTIC WARRIOR | 4,863,926; 86/557,265 | RANJIN SINGH | 3,720,962 |
| CENA | 86/664,519 | RAW | 2,396,746; 2,086,903; 4,125,983; 4,804,352; 86/610,604; 87/562,709 |
| CENATION | 4,522,307; 4,471,264; 86/383,836; 86/886,605 | RAW ACTIVE | 85/626,795 |
| CHARLOTTE | 86/925,738 | RAW TALK | 87220699 |
| CHERRY | 3,632,051 | REDNECK RECKIN' COMPANY | 86/533,507 |
| CHRIS JERICHO | 2,384,740; 3,924,748; 3,130,651 | REY MYSTERIO | 2,972,939; 3,124,385; 3,209,567 |
| CHRIS MASTERS | 3,240,451 | RICH SWANN | 87214303 |
| CHRISTIAN | 4,017,648; 4,358,308; 3,648,789 | RIC FLAIR | 4,658,715; 86/824,697; 86/824,704 |
| CLASH OF CHAMPIONS | 87067543; 87067524; 87067514 | RIKISHI | 2,807,414 |
| CLEAR WATER PICTURES | 86/790,672; 86/790,703; 86/790,686 | RIP 'EM | 4,580,634 |
| CO-BRO | 4,675,801 | RISE ABOVE CANCER | 86/742,929; 86/742,923 |
| CODY RHODES | 3,696,328 | RISE ABOVE HATE | 86/825,619 |
| COLIN CASSADY | 87/014,026 | ROB VAN DAM | 3,276,175 |

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|------|-----------------|------|-----------------|
| CONNOR'S CURE | 86/903,969 | ROBBIE MCALLISTER | 3,767,980 |
| CRUISERWEIGHT CLASSIC | 5,084,008; 87/064,203 | ROCKPOCALYPSE | 4,760,711 |
| CRUSH CLOTHING | 85/927,474; 85/927,428 | ROMAN REIGNS | 4,614,890; 86/819,169; 86/819,175 |
| CRUSH COUTURE | 85/909,787 | ROSA MENDES | 86/087,216 |
| CRUSH GEAR | 85/921,244; 85/921,211 | ROYAL RUMBLE | 4,002,779; 3,845,745; 1,972,560; 1,930,440; 2,681,135; 2,618,355 |
| CRUSH WEAR | 85/921,201 | R-TRUTH | 3,720,963 |
| CRYME TYME | 86/724,841 | RUSEV | 4,915,478 |
| CURT AXEL | 4,534,733 | RYBACK | 4,262,738 |
| CURT HAWKINS | 4,047,340 | SAMI ZAYN | 86/626,272 |
| CURTIS AXEL | 4,841,829 | SANTINO MARELLA | 3,676,967 |
| CYBER SUNDAY | 3,478,412 | SASHA BANKS | 86/925,636 |
| DAMIEN SANDOW | 4,809,116 | SATURDAY NIGHT'S MAIN EVENT | 3,832,577 |
| DANA BROOKE | 87/073,846 | SAWFT | 87/238,570 |
| DANIEL BRYAN | 3,933,993; 4,846,724 | SCOTTY 2 HOTTY | 3,107,710 |
| DARREN YOUNG | 3,933,997 | SETH ROLLINS | 4,841,810; 86/763,866; 86/808,287 |
| DAVID HART SMITH | 3,994,401 | SHANE MCMAHON | 3,130,690 |
| DAVID OTUNGA | 3,930,734 | SHAWN MICHAELS | 3,130,643; 3,412,626; 3,230,534 |
| DEAN AMBROSE | 4,470,627 | SHEAMUS | 3,892,393; 86/886,576 |
| DECEMBER TO DISMEMBER | 3,402,365 | SHELL SHOCKED | 86/864,380 |
| DELICIOUS | 3,871,264 | SHELTON BENJAMIN | 3,127,655 |
| DEMON KING | 87138656; 87138642; 87138638 | SHOWTIME PERCY WATSON | 4,143,282 |
| DEUCE | 3,525,025 | SIMON GOTCH | 87073802 |
| D-GENERATION X | 3,728,991 | SIN CARA | 4,440,573; 4,485,548; 4,471,255; 4,384,485 |
| DH SMITH | 3,828,725 | SKIP SHEFFIELD | 3,934,004 |
| DIVAS OF DOOM | 4,121,920 | SKULL KING | 86/359,823; 86/359,826; 86/360,594 |
| DOINK THE CLOWN | 1,994,733 | SLAMMY | 2,267,980 |
| DOLPH ZIGGLER | 3,923,812 | SLAYOMI | 86/392,334 |

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|---|---|---|---|
| DOMINO | 3,525,026 | SMACKDOWN | 2,941,520; 2,928,460; 4,052,024; 4,672,593 |
| DREW GULAK | 87/214,383 | SMACKDOWN VS. RAW | 3,909,934 |
| DREW MCINTYRE | 3,933,603 | SMACKDOWN YOUR VOTE | 2,625,262 |
| DUDLEY BOYZ | 2,889,365 | SOCIAL OUTCASTS | 86/916,225; 86/916,215 |
| D-VON DUDLEY | 86/925,606 | SOLID GOLD | 87094930 |
| DX | 3,413,432 | SPIRIT SQUAD | 3,464,202 |
| EARN THE DAY | 87229693 | STACK DOWN | 86/011,478 |
| EAT SLEEP BREAK THE STREAK | 86/245,212 | STARDUST | 86/422,199 |
| ECW | 3,282,316; 2,462,643; 4,679,362 | STEPHANIE MCMAHON | 3,130,691; 3,450,782 |
| ECW ONE NIGHT STAND | 3,319,727; 3,446,487; 78/549,078 | STONE COLD | 3,684,739; 77/291,491 |
| ECW VIXENS | 3,584,808 | STONE COLD STEVE AUSTIN | 3,659,657 |
| EDDIE GUERRERO | 2,966,483; 3,159,940; 3,149,523 | SUMMER RAE | 86/090,839 |
| EDGE | 4,430,403; 2,649,476; 77/940,892 | SUMMERSLAM | 1,884,646; 4,748,785; 2,702,648; 4,052,025; 4,052,026 |
| ELIMINATION CHAMBER | 3,878,682; 4,451,591; 4,194,955; 4,094,125; 86/030,095 | SUNDAY NIGHT HEAT | 2,363,921 |
| ENZO | 87010913 | SUPERSTAR INK | 86/813,724 |
| ENZO AMORE | 87310864 | SUPLEX CITY | 86/581,713 |
| EPICO | 87073837 | SURVIVOR SERIES | 1,860,719; 1,563,878; 3,013,724; 3,985,965; 77/061,038 |
| EREBUS PICTURES | 86/704,216; 86/704,254; 86/704,251; 86/704,269; 86/704,196 | SWERVED | 86/579,887 |
| ERICK ROWAN | 86/924,968 | TABLE FOR 3 | 86/813,736 |
| EUGENE | 3,024,662; 3,024,663 | TABOO TUESDAY | 3,194,947; 87/540,071 |
| EVA MARIE | 86/925,623 | TAMINA SNUKA | 86/087,198 |
| EVAN BOURNE | 3,720,967; 4,135,949 | TAZZ | 77/288,329 |
| EVE TORRES | 86/429,970 | TEAM BRING IT | 86/818,377 |
| EVOLUTION | 2,885,200 | TED DIBIASE | 3,809,219 |
| EXTREME CHAMPIONSHIP WRESTLING | 3,614,190; 78/073,881 | TENSAI | 4,782,305 |

6

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|---|---|---|---|
| EZEKIEL JACKSON | 3,933,604 | THE AUTHORITY | 86/528,551 |
| FATAL FOUR WAY | 3,945,860; 3,959,206; 3,945,863; 4,313,379 | THE BASH | 4,071,009 |
| FCW | 3,592,664; 85/711,451; 85/895,236 | THE BIG GUY | 86/864,365 |
| FEED ME MORE | 86/864,345 | THE BIGGEST PARTY OF THE SUMMER | 3,321,550 |
| FESTUS DALTON | 3,689,882 | THE BOOGEYMAN | 86/569,583 |
| FINLAY | 3,697,421 | THE CORRE | 4,218,593 |
| FINN BALOR | 4,899,322 | THE GAME | 2,858,755; 86/704,206 |
| FLORIDA CHAMPIONSHIP WRESTLING | 3,552,242; 3,727,374; 3,697,278 | THE GOLD STANDARD | 3,712,662 |
| FRIDAY NIGHT SMACKDOWN | 3,301,799 | THE GREAT AMERICAN BASH | 2,109,152; 2,194,671 |
| FUNKADACTYLS | 4,495,385 | THE GREAT KHALI | 3,420,447 |
| GLAMAZON | 3,828,716 | THE HERO IN ALL OF US | 87304757 |
| GLOBAL CRUISERWEIGHT SERIES | 86/912,043 | THE HEARTBREAK KID | 3,568,362 |
| GOLDEN TRUTH | 87095709 | THE HURRICANE | 2,681,342 |
| GOLDUST | 2,129,106; 2,675,279 | THE MIZ | 86/001,322 |
| GORGEOUS GEORGE | 77/758,976; 77/758,980; 86/846,807; 86/846,818; 86/846,827; 86/912,904 | THE MONDAY NIGHT WAR | 4,572,755 |
| GRAN METALIK | 87135488; 87135457; 87134942 | THE NEW DAY | 4,896,325; 86/901,772; 86/901,785 |
| HARD HITTING REALITY | 86/665,408 | THE REVIVAL | 86/892,625; 86/892,629; 86/892,624 |
| HARDCORE HOLLY | 3,118,011 | THE ROCK | 2,514,522; 2,633,988; 2,572,837; 2,572,838; 86/781,167; 86/788,029; 86/806,967; 86/806,924 |
| HBK | 3,565,556 | THE ROCK JUST BRING IT | 87270318 |
| HEATH SLATER | 3,933,991 | THE UNDERTAKER | 1,755,782 |
| HE HATE ME | 87192018 | THE WWE EXPERIENCE | 3,442,191 |
| HELL IN A CELL | 4,067,781; 4,074,565; 77/837,247; 3,912,015; 4,158,177 | THE WWE LIST | 86/813,745 |
| HHH | 3,091,120; 3,034,385; 2,841,514 | THEODORE LONG | 4,651,210 |
| HLR | 86/940,545 | TITANTRON | 4,084,430 |

7

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|---|---|---|---|
| HORNSWOGGLE | 3,489,434; 3,658,547 | TITUS O'NEIL | 86/087,187 |
| HUNICO | 4,535,705 | TJ PERKINS | 87215088 |
| HUNTER HEARST HELMSLEY | 3,838,295 | TLC: TABLES, LADDERS & CHAIRS | 4,088,347; 4,164,913; 3,875,573; 4,459,369 |
| HUSTLE LOYALTY RESPECT | 3,937,302; 85/923,871; 85/923,831; 86/787,917 | TOO HOT FOR TV | 86/813,705 |
| IMMORTALS | 4,905,922; 86/426,191 | TONY NESE | 87214309 |
| IN YOUR HOUSE | 3,381,509 | TOP ROPE | 4,019,774 |
| INTERCONTINENTAL CHAMPION | 87091198 | TORITO | 4,589,869 |
| IT'S WAY OVER THE TOP | 86/160,847 | TORRIE WILSON | 78/403,211 |
| JAKKED | 4,867,443 | TOTAL DIVAS | 4,696,548; 4,902,232; 85/910,206; 85/910,202; 85/910,201; 85/910,200 |
| JAMIE NOBLE | 3,752,694 | TOUGH ENOUGH | 2,757,458; 4,063,650; 4,580,405; 4,023,271; 86/611,330; 86/611,338 |
| JASON JORDAN | 87/134,931 | TREVOR MURDOCH | 3,752,688 |
| JAZZ | 78/386,106 | TRIBUTE TO THE TROOPS | 3,641,851 |
| JBL | 3,959,446 | TRIPLE H | 2,780,659; 3,003,874; 2,991,990; 2,991,991 |
| JERRY "THE KING" LAWLER | 3,131,928 | TRIPLE THREAT | 2,768,658 |
| JEY USO | 4,096,086 | TWELVE ROUNDS | 3,689,999 |
| JIMMY USO | 4,096,085 | TYLER BREEZE | 86/836,541 |
| JIMMY WANG YANG | 3,570,860 | TYLER REKS | 4,096,082 |
| JINDER MAHAL | 4,535,704 | TYSON KIDD | 4,130,719 |
| JOHN CENA | 2,957,043; 3,169,452; 3,074,517; 3,088,504; 86/787,877; 86/787,885; 86/787,899 | ULTIMATE WARRIOR | 86/883,984; 86/884,027; 86/884,011; 86/883,994; 86/883,968 |
| JOHN MORRISON | 3,648,246; 3,909,942 | UMAGA | 3,420,413 |
| JOHNNY NITRO | 3,481,534 | UNDERTAKER | 1,771,405; 1,771,513; 1,755,482; 2,327,493; 1,980,341; 4,744,469; 86/421,791 |
| JTG | 3,684,601 | UNFORGIVEN | 2,576,331; 2,666,552; 2,525,314 |
| JUDGMENT DAY | 2,686,549; 2,621,441; 2,700,343; 4,056,805 | VENGEANCE | 2,978,955; 4,094,162 |
| JUST BRING IT | 86/424,758 | VICKIE GUERRERO | 3,719,034 |

8

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|---|---|---|---|
| **JUSTIN GABRIEL** | 3,933,998 | **VICTORIA** | 3,130,667; 3,024,639 |
| **KAITLYN** | 86/087,245 | **VIKTOR** | 87073814 |
| **KALISTO** | 86/925,604 | **VINCE MCMAHON** | 3,303,304 |
| **KANE** | 2,635,378; 3,261,934; 3,042,739; 87/751,145 | **VIPER** | 3,938,019 |
| **KARL ANDERSON** | 87017732 | **VISCERA** | 3,525,023 |
| **KAYFABE** | 85/553,175 | **VLADIMIR KOZLOV** | 3,720,970 |
| **KELLY KELLY** | 3,658,650 | **WADE BARRETT** | 3,933,990 |
| **KENNY DYKSTRA** | 3,752,686 | **WARRIOR** | 2,299,387 |
| **KEVIN OWENS** | 86/434,333 | **WCW** | 3,735,299; 2,964,395; 3,139,777; 3,502,189; 85/896,161 |
| **KHARMA** | 4,332,384 | **WILLIAM REGAL** | 3,550,963 |
| **KING OF KINGS** | 3,584,739; 78/802,596 | **WORD LIFE** | 3,209,593; 78/434,926 |
| **KING OF THE RING** | 87119716; 87119708 | **WRESTLEFEST** | 85/498,360 |
| **KNUCKLEHEAD** | 4,168,294; 4,168,293 | **WRESTLEMANIA REWIND** | 4,780,778 |
| **KOFI KINGSTON** | 3,720,955 | **WRESTLEMANIACS** | 86/517,906 |
| **KONNOR** | 87073822 | **WRESTLEMANIART** | 3,712,674 |
| **LANA** | 86/925,751 | **WWE ACTIVE** | 85/764,201; 85/790,729 |
| **LANCE CADE** | 3,752,687 | **WWE ALL STARS** | 4,046,290 |
| **LAST OUTLAW** | 86/569,613 | **WWE AUTHENTIC WEAR** | 4,045,760 |
| **LAYLA** | 3,781,553 | **WW BASICS** | 3,931,181 |
| **WWE BATTLEGROUND** | 4,622,177; 4,622,178; 4,622,175; 86/016,427; 86/016,416 | **WWE NETWORK** | 4,632,692; 4,614,127; 4,768,910; 4,621,480 |
| **WWE BRAGGING RIGHTS** | 4,159,815 | **WWE NXT** | 4,115,464; 3,945,846; 85/932,497; 86/030,958 |
| **WWE BRAWL** | 86/222,737; 86/030,074 | **WWE PAYBACK** | 4,744,095; 4,914,063; 85/860,084 |
| **WWE BREAKING POINT** | 3,917,665; 3,917,666; 77/744,186 | **WWE RIDE ALONG** | 86/842,720 |
| **WWE CHAMPIONS** | 86/787,291 | **WWE RIVALRIES** | 86/297,911 |
| **WWE CLASSICS ON DEMAND** | 3,981,909 | **WWE ROADBLOCK** | 86/921,626; 86/923,814; 86/923,825 |
| **WWE COUNTDOWN** | 4,589,113 | **WWE SATURDAY MORNING SLAM** | 4,495,592; 85/700,345; 85/696,472; 85/696,481 |
| **WWE CULTURE SHOCK** | 86/813,697 | **WWE SLAM CITY** | 4,773,383; 4,594,083; 4,657,055; |

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|---|---|---|---|
| | | | 85/960,513; 85/960,457 |
| WWE EXTREME RULES | 3,850,887; 4,042,468; 4,042,467; 3,850,888; 4,905,420 | WWE SLAM SHOT | 85/836,836 |
| WWE FAST LANE | 86/433,483; 86/433,461; 86/433,434 | WWE SPOTLIGHT | 85/674,269; 85/671,711; 85/671,360 |
| WWE HALL OF FAME | 4,610,179 | WWE STUDIOS | 3,778,837 |
| WWE IMMORTALS | 86/426,172; 86/426,181 | WWE SUPERCHARGE | 86/090,725 |
| WWE INSIDER | 85/788,235 | WWE SUPERSTARS | 3,871,019; 77/626,294; 86/030,985; 86/030,989; 86/030,995 |
| WWE LEGENDS HOUSE | 4,589,123 | WWE TALKING SMACK | 87123129 |
| WWE LIVEWIRE | 4,466,922 | WWE THE HERO IN ALL OF US | 86/541,526 |
| WWE MAIN EVENT | 4,895,969; 4,495,510; 86/825,628 | WWE TOUGH TALK | 86/813,731 |
| WWE MATCH JUKEBOX | 3,081,964 | WWE UNFILTERED | 86/813,712 |
| WWE MUSIC POWER 10 | 86/813,686 | WWE UNIVERSE | 3,854,270; 3,778,789; 87/781,425 |
| WWE UNLIMITED | 3,081,963 | YES MOVEMENT | 86/189,952 |
| WWESHOP | 86/806,867 | YOSHI TATSU | 4,096,083 |
| WWWYKI | 4,795,795 | YOU CAN'T SEE ME | 3,331,242 |
| XAVIER WOODS | 86/925,614 | ZACK RYDER | 4,047,339 |
| XFL | 85/720,169; 87/509,464 | ZEB COLTER | 86/086,152 |
| Y2J | 86/900,420 | THEN NOW FOREVER | 88287464 |
| | | | |
| 3:16 | 87/543,714 | LINCE DORADO | 87/495,153 |
| ABSOLUTION | 87/698,176 | LIV MORGAN | 87/396,540 |
| AKIRA TOZAWA | 87/438,719 | MATT HARDY | 87/495,122 |
| ALEISTER BLACK | 87/462,502 | MICKIE JAMES | 87/495,138 |
| ANDRADE "CIEN" ALMAS | 87/540,058 | MIZ & MRS. | 87/759,981 |
| ARIYA DAIVARI | 87/438,710 | MUSTAFA ALI | 87/429,951 |
| BIG CASS | 87/420,403 | NIKKI CROSS | 87/397,307 |
| BILLIE KAY | 87/397,302 | ONEY LORCAN | 87/388,779 |
| BRUISERWEIGHT | 87/458,744 | PEYTON ROYCE | 87/397,295 |
| BUDDY MURPHY | 87/396,521 | PROJECT ROCK | 87/671,569 |
| DASH WILDER | 87/489,129 | RODERICK STRONG | 87/388,770 |

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|---|---|---|---|
| ELIAS SAMSON | 87/390,591 | RUBY RIOT | 87/397,352 |
| EMBER MOON | 87/396,530 | SAMIR SINGH | 87/489,185 |
| ERIC YOUNG | 87/390,577 | SCOTT DAWSON | 87/489,116 |
| ERICK ROWAN | 87/398,739 | SOUTHAW REGIONAL WRESTLING | 87/381,445 |
| FOR THE LOVE OF FOOTBALL | 87/608,831 | SUNIL SINGH | 87/489,201 |
| GURV SIHRA | 87/438,741 | THE IRRESISTIBLE FORCE | 87/759,868 |
| HARDY BOYZ | 87/413,496; 87/413,487 | THE MAHARAJAH | 87/424,640 |
| HARV SIHRA | 87/438,832 | THE MOST PATRIOTIC SHOW ON TELEVISION | 87/714,086 |
| HOHO LUN | 87/429,959 | TJP | 87/431,241 |
| IMMUNE TO FEAR | 87/439,039 | TOMMASO CIAMPA | 87/540,049 |
| JACK GALLAGHER | 87/420,422 | TYE DILLINGER | 87/388,738 |
| JAMES ELLSWORTH | 87/489,043 | TYLER BATE | 87/429,937 |
| JEFF HARDY | 87/495,132 | WESLEY BLAKE | 87/390,610 |
| JOHNNY GARGANO | 87/540,031 | WWE MIXED MATCH CHALLENGE | 87/671,348 |
| KASSIUS OHNO | 87/388,759 | WWE ROCKSTARS | 87/460,177 |
| KONA REEVES | 87/390,598 | WWE STRAIGHT TO THE SOURCE | 87/751,107 |
| HALFTIME HEAT | 88278526 | WORLDS COLLIDE | 88248181 |
| LIGHTNING FIST | 88149831 | WCCW | 88134527 |
| THE GLORIOUS ONE | 88132522 | WORLD CLASS CHAMPIONSHIP WRESTLING | 88142576 |
| THE AWESOME ONE | 88132537 | FEARLESS NIKKI | 88132555 |
| PHENOMENAL ONE | 88132568 | WCW SATURDAY NIGHT | 88129083 |
| ALL STAR WRESTLING | 88127121 | WCW THUNDER | 88129097 |
| FALL BRAWL | 88127610 | HALLOWEEN HAVOC | 88127603 |
| WALK WITH ELIAS | 88103132 | STARRCADE | 88117085 |
| COREY GRAVES | 88082155 | BOBBY LASHLEY | 88073749 |
| BLUDGEON BROTHERS | 88054174 | VELVETEEN DREAM | 88054185 |

| MARK | REG/ SERIAL#(s) | MARK | REG/ SERIAL#(s) |
|---|---|---|---|
| **WOKEN WARRIOR** | 87873956 | **GLOBAL LOCALIZATION** | 87867138 |
| **SARAH LOGAN** | 88073309 | **MIKE KANELLIS** | 88073301 |
| **BRITISH STRONG STYLE** | 88003965 | **ADAM COLE** | 88103135 |