# EXHIBIT 2

**COMMON LAW INTELLECTUAL PROPERTY**
**OF WORLD WRESTLING ENTERTAINMENT, INC.**

## DESIGNS

NXT
ARRIVAL

TAKE OVER
RIVAL

BOOTY O'S

MACHO
MAN.

ECW

205
LIVE

EXIT F5
LESNAR
SOUTH
Suplex City

SETH ROLLINS

Shane O'Mac
WrestleMania

SAWFT

SLAM
CITY

TE

THE
MAN.

C C
CONNOR'S
CURE

HAPPY
LANA
DAY

TAPOUT

YES

MONEY
IN THE
BANK

3:16
LIVE:
STONE COLD
PODCAST

TOUGH
ENOUGH

BRING IT
TO THE TABLE

THE PEAK OF TECHNIQUE
Cesaro
THE PEAK OF TECHNIQUE






























TAG TEAM
Legends House
PLAYLIST
MAIN EVENT
HELLO
I'M AWESOME!
D-GENERATION X
HUNGRY
SI VIS PACEM
PARA BELLUM
FOUNDED IN 2002
HUSTLE
LOYALTY RESPECT
NEVER GIVE UP
RIDE ALONG
TOO HOT FOR TV
PRESENTED BY JERRY SPRINGER
THE HOUSE THAT AJ BUILT
D-GENERATION X
UNDISPUTED
CFO
ERA
THE SHIELD
GLORIOUS
HAS ARRIVED
RiOTT SQUAD

DELETE DELETE DELETE
100% PURE
RATTLESNAKE
WORLDWIDE
or
REBORN
BY FATE
FROM ASHES TO
EMPIRE
BRET HART
HITMAN
TWISTED
BLISS
Rated
R
Superstar
N
TAKE
OVER
MACHO
MAN
ORIGINAL
EST.
BRO
2015
MATT RIDDLE
F
S
R
N
BE MIZ
AOP

| 100% BAD LASS |
| --- |
| FEARLESS |
| SUPLEX CITY |
| MACHO MAN RANDY SAVAGE |
| TAPOUT |
| ATTITUDE ADJUSTMENT |
| TEXAS RATTLESNAKE |
| BADDEST ON THE PLANET |
| GLORIOUS |
| BATISTA |
| THE BAR |
| PYTHON POWER |
| BEAST INCARNATE |
| RAW IS JERICHO |
| OUTTA NOWHERE |
| BOOGEYMAN |
| UNSTABLE |
| BOOKER T |
| ROMAN EMPIRE |
| BRIE MODE |
| RIC FLAIR |
| BULLETPROOF |
| STAY FEARLESS |
| CAN I GET A HUG |
| CATCH YOUR BREATH |
| STING |
| CERTIFIED G |
| DEADMAN INC. |
| BRUTUS THE BARBER BEEFCAKE |
| RICKY “THE DRAGON” STEAMBOAT |
| DIRTY DEEDS |
| DO MORE. FEAR LESS. |
| VENOM IN MY VEINS |
| DOWN SINCE DAY ONE |
| DOWN WITH THE MACHINE |
| WOO DAT |
| EAT SLEEP CONQUER REPEAT |
| EDDIE GUERERO |
| THE SHOWSTOPPER |
| FADE TO BLACK |
| FASHION PATROL |

| LOSING STREAK |
| --- |
| STYLIN & PROFILIN |
| AMBROSE ASYLUM |
| MANKIND |
| FEEL THE POWER |
| MONSTER OF ALL MONSTERS |
| FROM ASHES TO EMPIRE |
| MR. WRESTLEMANIA |
| NAKAMURA |
| GLORIOUS HAS ARRIVED |
| THE ARCHITECT |
| GOLDUST |
| THE CHAMP IS HERE |
| HERE COMES THE MONEY |
| HIT HARD HIT OFTEN |
| HITMAN |
| THE NEW FACE OF FEAR |
| NO AUTOGRAPHS PLEASE |
| IT’S TRUE IT’S TRUE |
| HULKAMANIA |
| I AM PHENOMENAL |
| I BRING THE FIGHT |
| I’M A HUGGER |
| BRETT HART |
| I’M THE BOSS |
| IN SHANE WE TRUST |
| CEREBRAL ASSASSIN |
| IRON SHEIK |
| IT’S FEEDING TIME |
| IT’S MY YARD |
| IT’S TOO BAD I’M TOO GOOD |
| WM |
| JAKE THE SNAKE ROBERTS |
| U CAN’T SEE ME |
| JOHNNY WRESTLING |
| KEEP CALM AND NEVER GIVE UP |
| KO |
| TWISTED BLISS |
| LAYETH THE SMACKDOWN |
| TWO WORDS |
| LITTLE MISS BLISS |
| AJ STYLES |

| FEARLESS NIKKI |
|---|
| TALKING SOULS AND DIGGING HOLES |
| APEX PREDATOR |
| MONSTER AMONG US |
| FIGHT OWENS FIGHT |
| THAT’S WHAT I DO |
| BARON CORBIN |
| GO BRIE MODE |
| NEW DAY POPS |
| HONKY TONK MAN |
| ONE VERSUS ALL |
| ORIGINAL BRO |
| BIG E |
| PAWS OUT, CLAWS OUT |
| BEAST FOR BUSINESS |
| RAISE YOUR LIMITS |
| SWAFT |
| BIG CASS |
| RESPECT EARN IT |
| HULKAMANIAS RUNNING WILD |
| JIM ROSS |
| RIOTT SQUAD |
| RISE ABOVE |
| KURT ANGLE |
| RKO |
| EDGE |
| RONDA ROUSEY |
| ROWDY |
| SANITY |
| YOU KNOW IT |
| SGT. SLAUGHTER |
| SPARE NO ONE, SPEAR EVERYONE |
| SPLX-CTY |
| FEED ME MORE |
| STEP UP OR STEP ASIDE |
| STEPH FOR BUSINESS |
| WALK WITH ELIAS |
| STONE COLD STEVE AUSTIN |
| STRONG STYLE |
| LEGIT BOSS |
| MACHO MAN |

| ANDRE THE GIANT |
|---|
| FEEL THE GLOW |
| TEDDY LONG |
| BAD NEWS BARRETT |
| THAT DAMN GOOD |
| GET THESE HANDS |
| NATURE BOY |
| THE ARTIST |
| BAYLEY’S GONNA HUG YOU |
| HELL YEAH |
| THE HOUSE THAT AJ BUILT |
| THE LEGIT BOSS |
| HULK HOGAN |
| DO THE WORK |
| THE ULTIMATE THRILL RIDE |
| DIAMOND DALLAS PAGE |
| TOP GUYS |
| TOTALLY FEARLESS |
| TRISH STRATUS |
| BOLIEVE |
| TO BE THE MAN |
| REBORN BY FATE |
| UNDISPUTED ERA |
| EARN IT |
| UP UP DOWN DOWN |
| VENGEANCE UNEARTHED |
| RISE ABOVE HATE |
| I’M AWESOME |
| WHO WHO WHO |
| BURN IT DOWN |
| WM34 |
| WOKEN |
| IRON FIST, IRON RULE |
| WOOOOO DAT |
| YES YES YES |
| YOKOZUNA |
| YOU CAN’T STOP ME |
| DELETE |