# EXHIBIT 3

| Date | Venue WWE TOUR SCHEDULE (MARCH 2019 - APRIL 2020) SUBJECT TO CHANGE |
|---|---|
| 04/04/2019 | Brooklyn Pier 12,Brooklyn,NY |
| 04/05/2019 | Barclays Center NXT,Brooklyn,NY |
| 04/05/2019 | Barclays Center,Brooklyn,NY |
| 04/05/2019 | Brooklyn Pier 12,Brooklyn,NY |
| 04/06/2019 | Brooklyn Pier 12,Brooklyn,NY |
| 04/06/2019 | Barclays Center,Brooklyn,NY |
| 04/06/2019 | Barclays Center NXT,Brooklyn,NY |
| 04/07/2019 | Brooklyn Pier 12,Brooklyn,NY |
| 04/07/2019 | Metlife Stadium,East Rutherford,NJ |
| 04/08/2019 | Barclays Center,Brooklyn,NY |
| 04/08/2019 | Brooklyn Pier 12,Brooklyn,NY |
| 04/09/2019 | Barclays Center,Brooklyn,NY |
| 04/10/2019 | Full Sail University ,Orlando,FL |
| 04/12/2019 | Minnreg Hall,Largo,FL |
| 04/13/2019 | Sanford Civic Center,Sanford,FL |
| 04/15/2019 | Bell Centre,Montreal ,QC |
| 04/16/2019 | Bell Centre,Montreal ,QC |
| 04/18/2019 | Lakeland Armory,Lakeland,FL |
| 04/19/2019 | Chaifetz Arena,St. Louis,MO |
| 04/19/2019 | Enterprise Center,St. Louis,MO |
| 04/19/2019 | Jacksonville Armory,Jacksonville,FL |
| 04/19/2019 | Braehead Arena - UKC,Glasgow,United Kingdom |
| 04/20/2019 | Alliant Energy Center,Madison,WI |
| 04/20/2019 | Braehead Arena - UKC,Glasgow,United Kingdom |
| 04/20/2019 | Bank of Springfield Center,Springfield,IL |
| 04/20/2019 | UACDC Complex,Tampa,FL |
| 04/21/2019 | Tax Slayer Center,Moline,IL |
| 04/21/2019 | Mayo Civic Center,Rochester,MN |
| 04/22/2019 | Tyson Events Center,Sioux City,IA |
| 04/22/2019 | Wells Fargo Arena,Des Moines,IA |
| 04/23/2019 | Pinnacle Bank Arena,Lincoln,NE |
| 04/25/2019 | Ralston Arena,Omaha,NE |
| 04/25/2019 | Orlando Live Events Center,Orlando,FL |
| 04/26/2019 | Midtown Cultural & Education Center,Daytona Beach,FL |
| 04/26/2019 | River Center,Davenport,IA |

| Date | Venue |
|---|---|
| 04/27/2019 | Dade City Armory ,Dade City,FL |
| 04/27/2019 | Tuner Hall Ballroom,Milwaukee,WI |
| 04/28/2019 | E.A. Diddle Arena,Bowling Green,KY |
| 04/28/2019 | Roy Wilkins Auditorium ,Saint Paul,MN |
| 04/29/2019 | Big Sandy Superstore Arena,Huntington,WV |
| 04/29/2019 | Lexington Cntr Rupp Arena,Lexington,KY |
| 04/30/2019 | Schottenstein Center,Columbus,OH |
| 05/01/2019 | Full Sail University ,Orlando,FL |
| 05/02/2019 | Melbourne Auditorium - NXT,Melbourne,FL |
| 05/03/2019 | Palm Beach Convention Center,West Palm Beach,FL |
| 05/04/2019 | Havert L. Fenn Center,Fort Pierce ,FL |
| 05/05/2019 | Ford Center Evansville,Evansville,IN |
| 05/06/2019 | U.S. Bank Arena,Cincinnati,OH |
| 05/06/2019 | The Corbin Arena,Corbin,KY |
| 05/07/2019 | KFC Yum Center,Louisville,KY |
| 05/08/2019 | The SSE Arena,Belfast,United Kingdom |
| 05/09/2019 | 3Arena,Dublin,Ireland |
| 05/09/2019 | Forest National,Brussels,Belgium |
| 05/09/2019 | Minnreg Hall,Largo,FL |
| 05/10/2019 | Highlands Today Center,Sebring ,FL |
| 05/10/2019 | Marseille Aix,Marseille,France |
| 05/10/2019 | Helsinki Ice Arena,Helsinki,Finland |
| 05/11/2019 | RDS Arena,Genoa,Italy |
| 05/11/2019 | Utilita Arena ,Newcastle,United Kingdom |
| 05/11/2019 | Hovet Arena,Stockholm,Sweden |
| 05/11/2019 | St. Augustine Armory,Saint Augustine,FL |
| 05/12/2019 | M&S Bank Arena ,Liverpool,United Kingdom |
| 05/12/2019 | Spektrum,Oslo,Norway |
| 05/13/2019 | O2 Arena,London,United Kingdom |
| 05/13/2019 | Bournemouth International Centre,Bournemouth,United Kingdom |
| 05/14/2019 | O2 Arena,London,United Kingdom |
| 05/14/2019 | Accorhotels Arena,Paris,France |
| 05/15/2019 | Resorts World Arena,Birmingham,United Kingdom |
| 05/15/2019 | Magdeburg GETEC Arena,Madgeburg,Germany |
| 05/16/2019 | FlyDSA Arena ,Sheffield,United Kingdom |
| 05/16/2019 | Sands Event Center,Bethlehem,PA |
| 05/16/2019 | UACDC Complex,Tampa,FL |

| Date | Venue |
|---|---|
| 05/16/2019 | Barclaycard Arena,HAMBURG,Germany |
| 05/17/2019 | Mercedes Benz Arena ,Berlin,Germany |
| 05/17/2019 | Fillmore Philly ,Philadelphia,PA |
| 05/17/2019 | St. Petersburg Armory,Saint Petersburg,FL |
| 05/17/2019 | Motorpoint Arena,Cardiff,United Kingdom |
| 05/18/2019 | APG Federal Credit Union Arena,Bel Air,MD |
| 05/18/2019 | Sanford Civic Center,Sanford,FL |
| 05/18/2019 | Messe Erfurt,Erfurt,Germany |
| 05/19/2019 | Asbury Park Convention Hall,Asbury Park,NJ |
| 05/19/2019 | XL Center,Hartford,CT |
| 05/19/2019 | St. Jakobstadion ,Basel,Switzerland |
| 05/20/2019 | Tsongas Center @ UMass Lowell,Lowell,MA |
| 05/20/2019 | Times Union Center,Albany,NY |
| 05/21/2019 | Dunkin Donuts Center ,Providence,RI |
| 05/23/2019 | Bartow Armory,Bartow,FL |
| 05/24/2019 | Fieldhouse at Watsco Center,Coral Gables,FL |
| 05/25/2019 | Midtown Cultural & Education Center,Daytona Beach,FL |
| 05/27/2019 | Tony's Pizza Events Center,Salina,KS |
| 05/27/2019 | Sprint Center,Kansas City,MO |
| 05/28/2019 | BOK Center,Tulsa,OK |
| 05/30/2019 | Orlando Live Events Center,Orlando,FL |
| 05/31/2019 | Santa Ana Star Center,Rio Rancho,NM |
| 05/31/2019 | Jacksonville Armory,Jacksonville,FL |
| 06/01/2019 | Havert L. Fenn Center,Fort Pierce ,FL |
| 06/01/2019 | Extraco Events Center,Waco,TX |
| 06/01/2019 | United Supermarkets Arena,Lubbock,TX |
| 06/02/2019 | Reed Arena,College Station,TX |
| 06/02/2019 | Foster Communications Coliseum,San Angelo,TX |
| 06/03/2019 | Frank Erwin Center,Austin,TX |
| 06/03/2019 | American Bank Center Arena,Corpus Christi,TX |
| 06/04/2019 | Sames Auto Arena,Laredo,TX |
| 06/06/2019 | Minnreg Hall,Largo,FL |
| 06/07/2019 | Maverik Center,Salt Lake City,UT |
| 06/07/2019 | UACDC Complex,Tampa,FL |
| 06/08/2019 | Pepsi Center,Denver,CO |
| 06/08/2019 | Taco Bell Arena @ Boise State,Boise,ID |
| 06/08/2019 | SJSU Event Center,San Jose,CA |

| | | |
|---|---|---|
| | 06/08/2019 | Oracle Arena,Oakland,CA |
| | 06/09/2019 | Save Mart Center,Fresno,CA |
| | 06/09/2019 | Stockton Arena,Stockton,CA |
| | 06/10/2019 | SAP Center ,San Jose,CA |
| | 06/10/2019 | Reno -Sparks Event Center,Reno,NV |
| | 06/11/2019 | Golden 1 Center,Sacramento,CA |
| | 06/12/2019 | Full Sail University ,Orlando,FL |
| | 06/13/2019 | Full Sail University ,Orlando,FL |
| | 06/14/2019 | Download Festival - UKC,Donington Park,United Kingdom |
| | 06/14/2019 | Hilton Ocala ,Ocala,FL |
| | 06/14/2019 | Bell MTS Place,Winnipeg,MB |
| | 06/15/2019 | Download Festival - UKC,Donington Park,United Kingdom |
| | 06/15/2019 | Orlando Live Events Center,Orlando,FL |
| | 06/15/2019 | Honda Center,Anaheim,CA |
| | 06/16/2019 | Pechanga Arena ,San Diego,CA |
| | 06/16/2019 | Download Festival - UKC,Donington Park,United Kingdom |
| | 06/17/2019 | Staples Center,Los Angeles,CA |
| | 06/17/2019 | Palm Springs Convention Center,Palm Springs,CA |
| | 06/18/2019 | Citizens Business Bank Arena,Ontario,CA |
| | 06/20/2019 | Aztec Theatre,San Antonio,TX |
| | 06/21/2019 | Revention Music Center,Houston,TX |
| | 06/22/2019 | Save On Foods Memorial Centre,Victoria,BC |
| | 06/22/2019 | Adams Center,Missoula,MT |
| | 06/22/2019 | South Side Ballroom,Dallas,TX |
| | 06/23/2019 | The Criterion,Oklahoma City,OK |
| | 06/23/2019 | Spokane Arena,Spokane,WA |
| | 06/23/2019 | Abbotsford Entertainment & Sports Centre,Abbotsford,Canada |
| | 06/24/2019 | Tacoma Dome,Tacoma,WA |
| | 06/24/2019 | Toyota Center,Kennewick,WA |
| | 06/24/2019 | Angel of the Winds Arena,Everett,WA |
| | 06/25/2019 | Moda Center,Portland,OR |
| | 06/27/2019 | Singapore Indoor Stadium,Singapore,Singapore |
| | 06/27/2019 | Dade City Armory ,Dade City,FL |
| | 06/28/2019 | Crystal River Armory,Crystal River,FL |
| | 06/28/2019 | Ryoguku Arena,Tokyo,Japan |
| | 06/29/2019 | Mississippi St. Fair Coliseum,Jackson,MS |
| | 06/29/2019 | Ryoguku Arena,Tokyo,Japan |

| | |
|---|---|
| 06/29/2019 | Venice Community Center,Venice,FL |
| 06/30/2019 | Monroe Civic Center,Monroe,LA |
| 07/01/2019 | American Airlines Center,Dallas,TX |
| 07/01/2019 | Bernard G. Johnson Coliseum,Huntsville,TX |
| 07/02/2019 | AT&T Center,San Antonio,TX |
| 07/06/2019 | Capital One Arena,Washington,DC |
| 07/06/2019 | Webster Bank Arena at Harbor Yard,Bridgeport,CT |
| 07/07/2019 | The Floyd L Maines Veterans Memorial Arena,Binghamton,NY |
| 07/07/2019 | Mohegan Sun Arena @ Casey Plaza,Wilkes Barre,PA |
| 07/08/2019 | Glens Falls Civic Center,Glens Falls,NY |
| 07/08/2019 | Prudential Center,Newark,NJ |
| 07/09/2019 | SNHU Arena,Manchester,NH |
| 07/12/2019 | Minnreg Hall,Largo,FL |
| 07/12/2019 | Minnreg Hall,Largo,FL |
| 07/12/2019 | Augusta Civic Center,Augusta,ME |
| 07/13/2019 | Mass Mutual Center,Springfield,MA |
| 07/13/2019 | VSU Multipurpose Center,Petersburg,VA |
| 07/14/2019 | Wells Fargo Center,Philadelphia,PA |
| 07/15/2019 | Nassau Coliseum,Uniondale,NY |
| 07/15/2019 | Mid-Hudson Civic Center,Poughkeepsie,NY |
| 07/16/2019 | DCU Center,Worcester,MA |
| 07/18/2019 | Lakeland Armory,Lakeland,FL |
| 07/19/2019 | Plymouth Pavilions - UKC,Plymouth,United Kingdom |
| 07/19/2019 | Santander Arena,Reading,PA |
| 07/19/2019 | UACDC Complex,Tampa,FL |
| 07/20/2019 | Columbus Civic Center,Columbus,GA |
| 07/20/2019 | Wildwoods Convention Center,Wildwood,NJ |
| 07/20/2019 | Plymouth Pavilions - UKC,Plymouth,United Kingdom |
| 07/21/2019 | Amway Center,Orlando,FL |
| 07/21/2019 | Pensacola Bay Center,Pensacola,FL |
| 07/22/2019 | Amalie Arena,Tampa,FL |
| 07/22/2019 | Hertz Arena,Fort Myers,FL |
| 07/23/2019 | American Airlines Arena,Miami,FL |
| 07/25/2019 | Orlando Live Events Center,Orlando,FL |
| 07/25/2019 | North Charleston Conv. Center,North Charleston,SC |
| 07/26/2019 | Jacksonville Armory,Jacksonville,FL |
| 07/26/2019 | Four States Entertainment Ctr,Texarkana,AR |

| Date | Venue |
|---|---|
| 07/26/2019 | Township Auditorium - NXT,Columbia,SC |
| 07/27/2019 | Center Stage Theatre,Atlanta,GA |
| 07/27/2019 | Chesapeake Energy Arena ,Oklahoma City,OK |
| 07/27/2019 | Bridgestone Arena,Nashville,TN |
| 07/27/2019 | Havert L. Fenn Center,Fort Pierce ,FL |
| 07/28/2019 | JQH Arena,Springfield,MO |
| 07/28/2019 | Cabarrus Arena - NXT,Concord,NC |
| 07/28/2019 | Show Me Center,Cape Girardeau,MO |
| 07/29/2019 | Black River Coliseum,Poplar Bluff,MO |
| 07/29/2019 | Verizon Arena,North Little Rock,AR |
| 07/30/2019 | Fedexforum,Memphis,TN |
| 08/02/2019 | Allen County Expo Center,Ft. Wayne,IN |
| 08/03/2019 | E.A. Diddle Arena,Bowling Green,KY |
| 08/03/2019 | Huntington Center,Toledo,OH |
| 08/03/2019 | Minnreg Hall,Largo,FL |
| 08/04/2019 | Erie Insurance Arena,Erie,PA |
| 08/04/2019 | David S. Palmer Arena,Danville,IL |
| 08/05/2019 | Wings Event Center,Kalamazoo,MI |
| 08/05/2019 | PPG Paints Arena,Pittsburgh,PA |
| 08/06/2019 | Little Caesar's Arena,Detroit,MI |
| 08/08/2019 | Albany Capital Center,Albany,NY |
| 08/09/2019 | Buffalo River Works,Buffalo,NY |
| 08/10/2019 | Scotiabank Arena - NXT,Toronto,ON |
| 08/11/2019 | Scotiabank Arena,Toronto,ON |
| 08/12/2019 | Scotiabank Arena,Toronto,ON |
| 08/13/2019 | Scotiabank Arena,Toronto,ON |
| 08/15/2019 | Full Sail University ,Orlando,FL |
| 08/16/2019 | Bismarck Event Center,Bismarck,ND |
| 08/17/2019 | Alerus Center,Grand Forks,ND |
| 08/17/2019 | Toyota Center,Houston,TX |
| 08/17/2019 | Midtown Cultural & Education Center,Daytona Beach,FL |
| 08/18/2019 | CHI Health Center ,Omaha,NE |
| 08/18/2019 | Fargodome,Fargo,ND |
| 08/19/2019 | Xcel Energy Center,St Paul,MN |
| 08/19/2019 | Verizon Wireless Center,Mankato,MN |
| 08/20/2019 | Denny Sanford Premier Center,Sioux Falls,SD |
| 08/22/2019 | Movistar Arena,Bogota,Columbia |

| | |
|---|---|
| 08/23/2019 | Cajundome,Lafayette,LA |
| 08/23/2019 | Sanford Civic Center,Sanford,FL |
| 08/23/2019 | Movistar Arena,Bogota,Columbia |
| 08/24/2019 | Mobile Civic Center,Mobile,AL |
| 08/24/2019 | Jockey Club,Lima,Peru |
| 08/25/2019 | MS Coast Col. And Conv. Center,Biloxi,MS |
| 08/25/2019 | Coliseo Roberto Duran,Panama,Panama |
| 08/26/2019 | Smoothie King Center,New Orleans,LA |
| 08/27/2019 | Raising Cane's River Center ,Baton Rouge,LA |
| 08/29/2019 | Orlando Live Events Center,Orlando,FL |
| 08/30/2019 | Cross Insurance Center,Bangor,ME |
| 08/30/2019 | Jacksonville Armory,Jacksonville,FL |
| 08/31/2019 | Havert L. Fenn Center,Fort Pierce ,FL |
| 08/31/2019 | Cross Insurance Arena,Portland,ME |
| 09/01/2019 | Westchester County Center,White Plains,NY |
| 09/02/2019 | Bob Carpenter Center,Newark,DE |
| 09/02/2019 | Royal Farms Arena,Baltimore,MD |
| 09/03/2019 | Norfolk Scope Arena,Norfolk,VA |
| 09/05/2019 | Movistar Arena,Santiago,Chile |
| 09/06/2019 | UACDC Complex,Tampa,FL |
| 09/06/2019 | Harbour Station,Saint John,NB |
| 09/06/2019 | Luna Park,Buenos Aires,Argentina |
| 09/07/2019 | Luna Park,Buenos Aires,Argentina |
| 09/07/2019 | Highlands Today Center,Sebring ,FL |
| 09/07/2019 | Antel Arena,Montevideo,Uruguay |
| 09/07/2019 | Halifax Forum,Halifax,NS |
| 09/08/2019 | War Memorial Arena,Syracuse,NY |
| 09/08/2019 | Ginásio do Ibirapuera,São Paulo,Brazil |
| 09/09/2019 | Madison Square Garden,New York,NY |
| 09/10/2019 | Madison Square Garden,New York,NY |
| 09/11/2019 | Full Sail University ,Orlando,FL |
| 09/12/2019 | Full Sail University ,Orlando,FL |
| 09/13/2019 | Mckenzie Arena @ UTC,Chattanooga,TN |
| 09/14/2019 | Macon Coliseum,Macon,GA |
| 09/14/2019 | Dade City Armory ,Dade City,FL |
| 09/15/2019 | State Farm Arena ,Atlanta,GA |
| 09/16/2019 | Colonial Life Arena,Columbia,SC |

| Date | Venue |
|---|---|
| 09/16/2019 | Thompson/Boling Assembly Arena,Knoxville,TN |
| 09/17/2019 | Greensboro Coliseum ,Greensboro,NC |
| 09/19/2019 | Midtown Cultural & Education Center,Daytona Beach,FL |
| 09/20/2019 | Jacksonville Armory,Jacksonville,FL |
| 09/20/2019 | Corral Arena,Calgary,AB |
| 09/20/2019 | Mall of Asia,Manila,Philippines |
| 09/21/2019 | Rogers Place,Edmonton,Canada |
| 09/21/2019 | Mercedez Benz Arena,Shanghai,China |
| 09/22/2019 | Neal S. Blaisdell Center,Honolulu,HI |
| 09/23/2019 | Chase Center,San Francisco,CA |
| 09/24/2019 | Chase Center,San Francisco,CA |
| 09/26/2019 | Hy - Vee Hall ,Des Moines,IA |
| 09/27/2019 | Silverstein Eye Centers Arena,Independence ,MO |
| 09/27/2019 | Orlando Live Events Center,Orlando,FL |
| 09/27/2019 | Don Haskins Center,El Paso,TX |
| 09/28/2019 | Family Arena - NXT,Saint Charles,MO |
| 09/28/2019 | Havert L. Fenn Center,Fort Pierce ,FL |
| 09/28/2019 | Tucson Convention Center,Tucson,AZ |
| 09/29/2019 | Prescott Valley Event Center,Prescott Valley,AZ |
| 09/29/2019 | Landers Center,Southaven,MS |
| 09/30/2019 | Talking Stick Resort Arena,Phoenix,AZ |
| 10/03/2019 | Pechanga Arena ,San Diego,CA |
| 10/03/2019 | Sanford Civic Center,Sanford,FL |
| 10/04/2019 | Staples Center,Los Angeles,CA |
| 10/05/2019 | Stockton Arena,Stockton,CA |
| 10/05/2019 | Selland Arena,Fresno,CA |
| 10/05/2019 | Minnreg Hall,Largo,FL |
| 10/06/2019 | Golden 1 Center,Sacramento,CA |
| 10/07/2019 | Rabobank Arena,Bakersfield,CA |
| 10/10/2019 | Budweiser Events Center,Loveland,CO |
| 10/11/2019 | Fieldhouse at Watsco Center,Coral Gables,FL |
| 10/11/2019 | Pepsi Center,Denver,CO |
| 10/11/2019 | Carlson Center,Fairbanks,AK |
| 10/12/2019 | Sullivan Arena,Anchorage,AK |
| 10/12/2019 | Casper Events Center,Casper,WY |
| 10/12/2019 | Palm Beach Convention Center,West Palm Beach,FL |
| 10/13/2019 | Rushmore Plaza Civic Center,Rapid City,SD |

| | | |
|---|---|---|
| | 10/13/2019 | Honda Center,Anaheim,CA |
| | 10/14/2019 | T-Mobile Arena,Las Vegas,NV |
| | 10/17/2019 | Veterans Memorial Coliseum,Portland,OR |
| | 10/17/2019 | Wright State University's Nutter Center ,Dayton,OH |
| | 10/18/2019 | Havert L. Fenn Center,Fort Pierce ,FL |
| | 10/18/2019 | Nationwide Arena,Columbus,OH |
| | 10/18/2019 | The Paramount Theatre,Seattle,WA |
| | 10/19/2019 | Midtown Cultural & Education Center,Daytona Beach,FL |
| | 10/19/2019 | Agrodome - NXT,Vancouver,BC |
| | 10/19/2019 | CURE Insurance Arena ,Trenton,NJ |
| | 10/20/2019 | Prospera Place - NXT,Kelowna,BC |
| | 10/20/2019 | Kovalchick Complex,Indiana,PA |
| | 10/21/2019 | Quickens Loans Arena,Cleveland,OH |
| | 10/21/2019 | Qudos Bank Arena,Sydney,Australia |
| | 10/22/2019 | Brisbane Entertainment Centre,Brisbane,Australia |
| | 10/23/2019 | Rod Laver Arena,Melbourne,Australia |
| | 10/24/2019 | Full Sail University ,Orlando,FL |
| | 10/24/2019 | Coliseo General Rumiñahui,Quito,Ecuador |
| | 10/25/2019 | Parque Viva,San Jose,Costa Rica |
| | 10/25/2019 | Sprint Center,Kansas City,MO |
| | 10/26/2019 | Coliseo De Puerto Rico,San Juan,Puerto Rico |
| | 10/28/2019 | Enterprise Center,St. Louis,MO |
| | 10/31/2019 | Orlando Live Events Center,Orlando,FL |
| | 11/01/2019 | Prudential Center,Newark,NJ |
| | 11/01/2019 | King Saud University Stadium,Riyadh,Saudi Arabia |
| | 11/03/2019 | Blue Cross Arena,Rochester,NY |
| | 11/03/2019 |  Nelson Mandela Forum,Florence,Italy |
| | 11/04/2019 | Times Union Center,Albany,NY |
| | 11/04/2019 | Mediolanum Forum,Milan,Italy |
| | 11/05/2019 | Motorpoint Arena Nottingham,Nottingham,United Kingdom |
| | 11/06/2019 | Birmingham BC Arena,Birmingham,United Kingdom |
| | 11/06/2019 | 3Arena,Dublin,Ireland |
| | 11/07/2019 | First Direct Arena,Leeds,United Kingdom |
| | 11/07/2019 | Brighton Centre,Brighton,United Kingdom |
| | 11/07/2019 | Hilton Ocala ,Ocala,FL |
| | 11/08/2019 | The SSE Wembley Arena,London,United Kingdom |
| | 11/08/2019 | Manchester Arena ,Manchester,United Kingdom |

| | |
|---|---|
| 11/09/2019 | Arena @ Butlins,Minehead,United Kingdom |
| 11/09/2019 | Palacio Vistalegre,Madrid,Spain |
| 11/10/2019 | PABELLON SAN PABLO,Seville,Spain |
| 11/10/2019 | BHGE Arena Aberdeen,Aberdeen,United Kingdom |
| 11/11/2019 | The SSE Hydro,Glasgow,United Kingdom |
| 11/11/2019 | Wiener Stadthalle,Vienna,Austria |
| 11/12/2019 | Ziggo Dome,Amsterdam,Netherlands |
| 11/12/2019 | Zenith Arena,Lille,France |
| 11/13/2019 | Messe Erfurt,Erfurt,Germany |
| 11/13/2019 | Hallenstadion,Zurich,Switzerland |
| 11/14/2019 | Minnreg Hall,Largo,FL |
| 11/14/2019 | SAP Arena,Mannheim,Germany |
| 11/15/2019 | Wells Fargo Center,Philadelphia,PA |
| 11/15/2019 | Donau Arena,Regensburg,Germany |
| 11/16/2019 | ISS Dome,Dusseldorf,Germany |
| 11/16/2019 | Midtown Cultural & Education Center,Daytona Beach,FL |
| 11/18/2019 | T.D. Garden,Boston,MA |
| 11/21/2019 | Tuner Hall Ballroom,Milwaukee,WI |
| 11/22/2019 | Allstate Arena,Chicago,IL |
| 11/22/2019 | Egyptian Room,Indianapolis,IN |
| 11/23/2019 | Allstate Arena - NXT,Chicago,IL |
| 11/24/2019 | Allstate Arena,Chicago,IL |
| 11/25/2019 | Allstate Arena,Chicago,IL |
| 11/29/2019 | Legacy Arena,Birmingham,AL |
| 11/29/2019 | Verizon Arena,North Little Rock,AR |
| 11/30/2019 | Infinite Energy Center,Duluth,GA |
| 11/30/2019 | Arena Ciudad de Mexico,Mexico City,Mexico |
| 12/01/2019 | Arena Monterrey,Monterrey,NL |
| 12/01/2019 | Von Braun Civic Center,Huntsville,AL |
| 12/02/2019 | Legacy Arena,Birmingham,AL |
| 12/04/2019 | Full Sail University ,Orlando,FL |
| 12/05/2019 | Hampton Coliseum,Hampton,VA |
| 12/06/2019 | Crown Coliseum,Fayetteville,NC |
| 12/07/2019 | Veteran's Memorial Arena,Jacksonville,FL |
| 12/08/2019 | Ocean Center,Daytona Beach,FL |
| 12/08/2019 | James Brown Arena,Augusta,GA |
| 12/09/2019 | Bon Secours Wellness Arena,Greenville,SC |

| Date | Venue |
|---|---|
| 12/12/2019 | Van Andel Arena,Grand Rapids,MI |
| 12/13/2019 | Fiserv Forum,Milwaukee,WI |
| 12/13/2019 | Havert L. Fenn Center,Fort Pierce ,FL |
| 12/14/2019 | Midtown Cultural & Education Center,Daytona Beach,FL |
| 12/14/2019 | AMSOIL Arena,Duluth,MN |
| 12/14/2019 | US Cellular Center,Cedar Rapids,IA |
| 12/15/2019 | Target Center,Minneapolis,MN |
| 12/16/2019 | Wells Fargo Arena,Des Moines,IA |
| 12/19/2019 | DCU Center,Worcester,MA |
| 12/20/2019 | Barclays Center,Brooklyn,NY |
| 12/21/2019 | TBD |
| 12/21/2019 | Kitchener Memorial Auditorium,Kitchener,ON |
| 12/22/2019 | TBD |
| 12/22/2019 | Budweiser Gardens,London,Canada |
| 12/23/2019 | KeyBank Center,Buffalo,NY |
| 12/26/2019 | Madison Square Garden,New York,NY |
| 12/26/2019 | U.S. Bank Arena,Cincinnati,OH |
| 12/27/2019 | Little Caesar's Arena,Detroit,MI |
| 12/27/2019 | PPG Paints Arena,Pittsburgh,PA |
| 12/28/2019 | Coca-Cola Coliseum         ,Toronto,ON |
| 12/28/2019 | Giant Center,Hershey,PA |
| 12/29/2019 | Royal Farms Arena,Baltimore,MD |
| 12/29/2019 | Bell Centre,Montreal ,QC |
| 12/30/2019 | XL Center,Hartford,CT |
| 12/30/2019 | Staples Center,Los Angeles,CA |
| 1/3/2020 | Fedexforum,Memphis,TN |
| 1/6/2020 | KFC Yum Center,Louisville,KY |
| 1/10/2020 | BMO Harris Bank Center,Rockford,IL |
| 1/13/2020 | CHI Health Center ,Omaha,NE |
| 1/17/2020 | Chesapeake Energy Arena ,Oklahoma City,OK |
| 1/20/2020 | Intrust Bank Arena, Wichita, KS |
| 1/24/2020 | AT&T Center,San Antonio,TX |
| 1/25/2020 | Toyota Center,Houston,TX |
| 1/26/2020 | Minute Maid Park, Houston, TX |
| 1/27/2020 | American Airlines Center,Dallas,TX |
| 1/31/2020 | Gila River Center, Glendale, AZ |
| 2/3/2020 | Vivint Smart Home Arena, Salt lake City, UT |

| Date | Venue |
|---|---|
| 2/7/2020 | T-Mobile Arena,Las Vegas,NV |
| 2/10/2020 | SAP Center ,San Jose,CA |
| 2/14/2020 | Rogers Arena, Vancouver, Canada |
| 2/16/2020 | Moda Center,Portland,OR |
| 2/17/2020 | Tacoma Dome,Tacoma,WA |
| 2/21/2020 | Tyson Events Center,Sioux City,IA |
| 2/24/2020 | Sprint Center,Kansas City,MO |
| 2/28/2020 | Spectrum Center, Charlotte, NC |
| 3/2/2020 | Nassau Coliseum,Uniondale,NY |
| 3/6/2020 | TD Garden, Boston, MA |
| 3/8/2020 | Wells Fargo Center,Philadelphia,PA |
| 3/9/2020 | Capital One Arena,Washington,DC |
| 3/13/2020 | ScotiaBank Arena, Toronto, ON |
| 3/14/2020 | Little Caesar's Arena,Detroit,MI |
| 3/16/2020 | PPG Paints Arena,Pittsburgh,PA |
| 3/20/2020 | Bridgestone Arena,Nashville,TN |
| 3/23/2020 | Dickies Arena, Ft. Worth, TX |
| 3/27/2020 | Allstate Arena, Chicago, IL |
| 3/30/1930 | State Farm Arena ,Atlanta,GA |
| 4/3/2020 | Amalie Arena,Tampa,FL |
| 4/4/2020 | Amalie Arena,Tampa,FL |
| 4/5/2020 | Raymond James Stadium, Tampa, FL |
| 4/6/2020 | Amalie Arena,Tampa,FL |