Loly G. Tor
**K&L GATES LLP**
One Newark Center, 10th Fl.
Newark, NJ 07102
P: (973) 848-4000
F: (973) 848-4001
loly.tor@klgates.com
Attorneys for Plaintiff World
Wrestling Entertainment, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VARIOUS JOHN AND JANE DOES, and VARIOUS XYZ CORPORATIONS, <br><br> Defendants. | Civil Action No.: <br><br> **CERTIFICATION IN SUPPORT OF EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER; ORDER FOR SEIZURE OF COUNTERFEIT MARKED GOODS; AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

I, Loly G. Tor, hereby certify as follows:

1. I am a partner with K&L Gates, LLP, attorneys for Plaintiff World Wrestling Entertainment, Inc. ("WWE") in connection with the above-captioned action. I submit this Certification pursuant to Fed. R. Civ. P. 65(b) in support of WWE's <u>ex parte</u> Motion for a Temporary Restraining Order without notice to Defendants.

303086536 v1

2. WWE has filed this action for, <u>inter</u> <u>alia</u>, trademark counterfeiting in violation of 15 U.S.C. § 1116(d) and is seeking an <u>ex</u> <u>parte</u> Temporary Restraining Order, an <u>ex</u> <u>parte</u> Seizure Order and an order to show cause why a preliminary injunction should not issue.

3. WWE seeks to restrain Defendants from distributing, offering to sell, and selling goods bearing counterfeit marks in the vicinities of WWE's WrestleMania® 35 events taking place in the East Rutherford, New Jersey area from April 5 through April 7, 2019, including, but not limited to, WWE's WrestleMania® 35 event at MetLife Stadium (the "WrestleMania® 35 Weekend Events").[1]

4. WWE believes based upon past experience that, if notified of the pendency of this Action and the nature of the relief sought, Defendants will conceal or relocate their goods bearing counterfeit marks outside the jurisdiction of this Court. Such behavior would make it extremely difficult if not impossible for WWE to obtain relief.

5. This action has been commenced against unnamed Defendants who exist but cannot be identified until the WrestleMania® 35 Weekend Events occur

---

[1] WWE will be hosting additional WrestleMania® 35 weekend events in New York, including WWE's NXT Blacklist, WWE's NXT Takeover New York, WWE's Hall of Fame Brooklyn, WWE's RAW Brooklyn, and WWE's Smackdown Brooklyn. However, WWE's request for a TRO is limited to events that will take place in this District including WrestleMania® 35 at MetLife Stadium in East Rutherford, New Jersey.

303086536 v1

- 3 -

and who are more likely than not to be at or around MetLife Stadium in East Rutherford, New Jersey during WWE's WrestleMania® 35 event between April 5 through April 7, 2019. There is no way to provide formal notice of the pendency of this Action to such unnamed Defendants or WWE's request for a Temporary Restraining Order, because the identity and whereabouts of the Defendants are presently unknown to WWE.

6. If Defendants are permitted to engage in trademark counterfeiting, WWE will be irreparably harmed because it will suffer (a) irrecoverable loss of sales of legitimate marked goods in undeterminable quantities and (b) loss of reputation and goodwill through the sale by Defendants of unauthorized goods of inferior quality. This irreparable harm can be prevented only through the issuance of an ex parte order.

7. No person's legitimate interests will be harmed by the issuance of an ex parte Temporary Restraining Order.

8. WWE has not publicized this action or the nature of the relief sought.

9. At the hearing to show cause, WWE expects to provide the Court with a declaration that the counterfeiting Defendants (whose names will be provided) have been served with the order and the summons and complaint in this action.

303086536 v1

- 4 -

I certify under penalty of perjury that the foregoing statements are true and correct.

Executed on March 28, 2019.

s/Loly G. Tor
Loly G. Tor
K&L Gates LLP
One Newark Center, Tenth Floor
Newark, NJ 07102
Telephone: (973) 848-4026
Facsimile: (973) 848-4001
E-mail: loly.tor@klgates.com

- 4 -