# EXHIBIT 6
# to Declaration of Lauren Dienes-Middlen, Esq.

**Police/Security presence was extremely strong throughout the WrestleMania week of events which is uncommon for WWE live events**

# WrestleMania Axxess…

*Located at the Kay Bailey Hutchison Convention Center – Dallas, TX*

- *Fan/Talent interactive events*
- *Talent signings*
- *WWE "Superstore"*



# Police presence surrounding WrestleMania Axxess…



# <u>Police presence surrounding WrestleMania Axxess…</u>





# Police presence surrounding WrestleMania Axxess…





5

# Police presence surrounding WrestleMania Axxess…



# WRESTLEMANIA 32 – Main Event

**(located at the AT&T Stadium – Arlington, TX)**

- *101,763 people in attendance*
- *Fans came from all 50 states and more than 30 countries*



# WRESTLEMANIA 32



# Police presence surrounding WrestleMania 32…



# Police presence surrounding WrestleMania 32...



# **<u>Police presence surrounding WrestleMania 32…</u>**





# <u>Police presence surrounding WrestleMania…</u>





# Police presence surrounding WrestleMania…









13

# Police presence surrounding WrestleMania 32…







# Police/Security presence surrounding WrestleMania 32…



**Even with all of the police and security,
WWE encountered counterfeit
WWE merchandise being sold during
the hours leading up to the event...**

# In a nearby parking lot of one of the streets leading to the AT&T Stadium… <u>Counterfeit Posters being sold:</u>

*More than <u>150</u> counterfeit posters still in his possession…*




# <u>Counterfeit Posters being sold:</u>

### <u>Poster 2</u>

### <u>Poster 1</u>





# <u>Counterfeit Posters being sold:</u>

**<u>Poster 3</u>**



**<u>Poster 4</u>**



# **Counterfeit Posters being sold:**

**Poster 5**



**Poster 6**



# <u>Counterfeit Posters being sold:</u>

### <u>Poster 7</u>



### <u>Poster 8</u>



# <u>Counterfeit Posters being sold:</u>

**<u>Poster 9</u>**



**<u>Poster 10</u>**



# <u>Counterfeit Posters being sold:</u>

### <u>Poster 11</u>



### <u>Poster 12</u>



# Counterfeit Posters being sold:

**Poster 13**



# The seller was arrested for selling counterfeit merch:





**In another nearby parking lot of one of the streets leading to the AT&T Stadium…**

**<u>Counterfeit Shirts being sold – all identical:</u>**

- *More than <u>60</u> counterfeit shirts still in his possession.*

- *He advised the officers that he had already sold more than <u>50</u> shirts.*

- *He advised the officers that there were at least four other men selling these shirts that day.*

- *He had <u>travelled from Florida </u>to sell the shirts at WWE's event.*

# Counterfeit Shirts being sold:

**Shirt Front:**

**Shirt Back:**





# The seller was arrested for selling counterfeit merch:



28

After the WrestleMania event was over and fans were returning to their cars, we located two men selling the identical shirt <u>in the AT&T stadium parking lots</u>.

One of the sellers was <u>*the same Florida man who had been arrested earlier that day*</u> for selling the same Counterfeit shirts.  The other seller was also from Florida.

- They had approximately <u>50 shirts in their hands</u>.

- They voluntarily surrendered the shirts.

- They admitted that they had already sold more than <u>150 shirts</u> that that evening.

29

# The two men selling counterfeit shirts:







# Counterfeit Shirts being sold again:

**Shirt Front:**

**Shirt Back:**





# They consented to the officers opening the trunk of their car, where we found more than <span style="color:red">__250 additional shirts__</span>:





32

# Counterfeit Shirts being sold again:



# COUNTERFEIT MERCHANDISE RESULTS:

**Posters:**     More than **150 units** found in seller's possession

**Shirts:**     More than **310 units** found in seller's possession (admitted to having sold **200** additional shirts)

**We also know we'll be "hit" throughout the year when the police presence is not so prevalent…**

**The following slides depict counterfeit merchandise we encountered at other live events leading up to WrestleMania…**

## Anaheim, CA – February 15, 2016

WWE seized the following shirts through enforcement of C.D. Cal. nationwide seizure order:



(front)



(back)

***note that the identical shirt was sold the next day in Ontario, Canada***

36

## **<u>Ontario, Canada – February 16, 2016:</u>**





(front)                                         (back)

***note that the identical shirt was being sold the previous day in Anaheim, CA***

## <u>Ontario, Canada – February 16, 2016:</u>



(front)



(back)

***note that they are still selling off their old, existing inventory from 2014/2015***

**Ontario, Canada – February 16, 2016:**





(front)                              (back)

39

## **Ontario, Canada – February 16, 2016:**





(front)

(back)

## Detroit, MI – February 22, 2016

WWE seized the following shirts through enforcement of C.D. Cal. nationwide seizure order:



Five or six different men selling this shirt at the event at different locations near WWE live event venue.

Several hundred identical shirts being sold.

This same shirt back design was sold at WWE live events in Michigan, Illinois, Pennsylvania, Massachusetts, New York, Maryland, DC and New Jersey.

# Chicago, IL – March 8, 2016

Merch Crew advised:   "Total of 10 guys tonight all came in 2 vans."  Through enforcement of C.D. Cal. nationwide seizure order, WWE learned that those individuals selling counterfeit merchandise in Chicago were all from Michigan where WWE had held an event a week earlier.






## Chicago, IL – March 8, 2016

WWE seized the following shirts through enforcement of C.D. Cal. nationwide seizure order:



(front)



(back)

***(this same shirt back design was also sold in Michigan, Pennsylvania, Massachusetts, New York, Maryland, DC and New Jersey)***

43

## Chicago, IL – March 8, 2016

WWE seized the following shirts through enforcement of C.D. Cal. nationwide seizure order:



(front)



(back)

44

## Chicago, IL – March 8, 2016

WWE seized the following shirts through enforcement of C.D. Cal. nationwide seizure order:



(front)



(back)

***note that they are still selling off their old, existing inventory from 2015***

## **Pittsburgh, PA – March 14, 2016**

WWE learned, through enforcement of C.D. Cal. nationwide seizure order, that there were seven sellers, six of whom didn't have any ID, and the one that did was from Ohio.



(front)



(back)

*(this identical shirt was also sold the previous week at WWE live events in Pittsburgh, PA)*

46

## Philadelphia, PA – March 21, 2016

WWE seized the following shirts through enforcement of C.D. Cal. nationwide seizure order:



(front)



(back)

***(this identical shirt was also sold in Massachusetts, New York, DC and Maryland)***

47

## Boston, MA – March 22, 2016

WWE seized the following shirts through enforcement of C.D. Cal. nationwide seizure order (seized from two different men at the WWE live event):



(front)



(back)

*(this identical shirt was also sold in Pennsylvania, New York, DC and Maryland)*

# New York, NY – March 25, 2016



(front)



(back)

*(this identical shirt was also sold in Pennsylvania, Massachusetts, DC and Maryland)*

49

# Washington, D.C. – March 27, 2016



(front)



(back)

*(this identical shirt was also sold in Pennsylvania, Massachusetts, New York and Maryland)*

50

## <u>Baltimore, MD – March 27, 2016</u>



(front)



(back)

***(this identical shirt was also sold in Pennsylvania, Massachusetts, New York and DC)***

# Brooklyn, NY – March 28, 2016



(front)



(back)

*(this same shirt back design was also sold in Michigan, Illinois, Pennsylvania, Massachusetts, Maryland, DC and New Jersey)*

## Brooklyn, NY – March 28, 2016



(front)

(back)

*(this identical shirt was also sold in Pennsylvania, Massachusetts, DC and Maryland)*

53

## Brooklyn, NY – March 28, 2016



(front)



(back)

*(this identical shirt was also sold the previous week at WWE live events in Pittsburgh, PA)*

54

**The following slides depict counterfeit merchandise we have encountered at our other live events since last year's <u>WrestleMania Events</u> …**

## Dublin (4/21/16):  Counterfeit shirts being sold:



(front)



(back)

## Newark, New Jersey (5/22/16):  Counterfeit shirts being sold:



(front)



(back)

*(this same shirt back design was also sold in Michigan, Illinois, Pennsylvania, Massachusetts, New York, Maryland and DC in March 2016)*

3



This <u>identical</u> shirt back design has been used on shirts in the following <u>locations, on the following dates:</u>

| <u>City</u> | <u>State</u> | <u>Date</u> |
| --- | --- | --- |
| Detroit | MI | Feb. 22, 2016 |
| Chicago | IL | March 8, 2016 |
| Philadelphia | PA | March 21, 2016 |
| Boston | MA | March 22, 2016 |
| New York | NY | March 25, 2016 |
| Baltimore | MD | March 27, 2016 |
| Washington | DC | March 27, 2016 |
| Brooklyn | NY | March 28, 2016 |
| Newark | NJ | May 22, 2016 |

**This design is <u>not</u> used by WWE.**

4

## Newark, New Jersey (5/22/16):  Counterfeit posters being sold:



**Philadelphia, PA**
**December 11, 2016**

**Advised by WWE Merch Crew that there were approximately 100 of the following shirts being sold, with some of the sellers having come from New York.**



(front)



(back)

6

**Philadelphia, PA**
**December 11, 2016**



(front)

(back)

**San Antonio, TX**
**January 2, 2017**



(front)

**The following pages are four citations that were issued by the
Financial Crimes Supervisor,
White Collar Crimes Detail of
San Antonio, Texas on January 29, 2017
for the selling of counterfeit
shirts at a WWE live event:**

**Citation #1:**

**POLICE REPORT**

**San Antonio**
**Police Department**

| Offense Case # | Incident Type | CFS Number |
|---|---|---|
| SAPD17022815 | POLICE REPORT | SAPD-2017-0106814 |
| Primary Offense | | |
| TRADEMARK COUNTERFEITING $20 BUT LESS THAN $500 | | Page 1 of 2 |
| Date / Time Occurred | | Date / Time Reported |
| 1/29/2017 14:40   to   1/29/2017 14:45 | | 1/29/2017 14:46 |

| Situation Found | | Type Of Search | | Location Given By Dispatcher | | Related Case # |
|---|---|---|---|---|---|---|
| Miscellaneous | | None | | | | |
| Hate Crime | | Arson | | Damage Value | Clearance | |

### Elements of the Incident

☐ Video   ☐ Domestic Violence   ☐ Drive by Shooting   ☐ Gang Related   ☐ High Profile   ☐ Juvenile Related   ☐ Video Surveillance Available   ☐ Video Surveillance Received

| Street Address | | | | | | Unit Type |
|---|---|---|---|---|---|---|
| 900 E COMMERCE ST | | | | | | |
| Unit No. | City | | State | Zip | County | Building No. |
| | SAN ANTONIO | | Texas | 78205 | Bexar County | |
| Floor No. | | District | | | | |
| | | 2110 | | | | |

| ☐ Notified Detective | Detective Name | Detective Unit Type | Detective Badge # |
|---|---|---|---|
| ☐ Notified Supervisor | Supervisor Name | Supervisor Unit Type | Supervisor Badge # |
| ☐ Notified Medical Examiner | Medical Examiner Name | Medical Examiner Unit Type | Medical Examiner Badge # |
| ☐ Notified Crisis Response Team | Crisis Response Name | | |
| ☐ Priority Notification | Priority Name | | |
| ☐ Notified Victim | Explanation | | |

| ☐ CSI Requested | CSI Name | | CSI Unit Type | | CSI Badge # |
|---|---|---|---|---|---|
| ☐ BOLO | | Reporting Officer | | Employee Number | |
| | | BOWER, GARY | | 00108428 | |
| Badge # | | Assignment | | | |
| 2202 | | Forgery Detail | | | |

| ☑ Primary Offense | Report Offense | | | |
|---|---|---|---|---|
| | TRADEMARK COUNTERFEITING $20 BUT LESS THAN $500 | | | |
| UCR Category | | Attempted Completed | | |
| 250313 | | Completed | | |
| Premise | Circumstances | | Weapon | |
| Highway/Road/Alley/Street | | | UNARMED | |
| Weapon Brand | | Weapon Model | Weapon Color | |
| Criminal Activity 1 | | Criminal Activity 2 | Criminal Activity 3 | |
| CA2 - FILED AT LARGE | | CA2 - CITATION ISSUED | NONE | |

| ☐ Primary Offense | Report Offense | | | |
|---|---|---|---|---|
| | ORD VIOL | | | |
| UCR Category | | Attempted Completed | | |
| 000033 | | Completed | | |
| Premise | Circumstances | | Weapon | |
| Highway/Road/Alley/Street | | | UNARMED | |
| Weapon Brand | | Weapon Model | Weapon Color | |
| Criminal Activity 1 | | Criminal Activity 2 | Criminal Activity 3 | |
| CA2 - CITATION ISSUED | | NONE | NONE | |

| **SUSPECT** ☑ Known | | | | | | |
|---|---|---|---|---|---|---|
| Last Name | | First Name | Middle Name | Nickname | | Suffix |
| DICKERSON | | BURELL | | | | |
| Race | Sex | SSN | Date of Birth | Age | Age Range | Weight |
| BLACK | Male | | 07/07/1974 | 42 | to | 260 |
| Height | Driver's License # | DL State | Place of Birth | | SID | |
| 6'01" | 802863945 | Mississippi | | | | |
| Preferred | Home Phone | | Cell Phone | Email Address | | |
| CELL PHONE | | | 646-649-6853 | | | |
| | | | Suspect Address | | | |

10

| POLICE REPORT |  | **San Antonio**<br>**Police Department** | Offense Case #<br>SAPD17022815 | Incident Type<br>POLICE REPORT | | CFS Number<br>SAPD-2017-0106814 |
|---|---|---|---|---|---|---|
| | | | Primary Offense<br>TRADEMARK COUNTERFEITING $20 BUT LESS THAN $500 | | | Page  2    of  2 |
| | | | Date / Time Occurred<br>1/29/2017 14:40    to    1/29/2017 14:45 | | | Date / Time Reported<br>1/29/2017 14:46 |

| Street Address | | | | | | | Unit Type | |
|---|---|---|---|---|---|---|---|---|
| 2721 COLUMBIA | | | | | | | | |
| Unit No. | City<br>PRENTISS | | State<br>Mississippi | | Zip<br>39474 | Building No | | Floor No. |

| Student | | Employer | | | Occupation | |
|---|---|---|---|---|---|---|

| **Suspect Employer Address** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Street Address | | | | | | | Unit Type | |
| Unit No. | City<br>SAN ANTONIO | | State<br>Texas | | Zip | Building No | | Floor No. |

| **Details** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Work Phone | | Hours of Employment<br>to | Hair Color<br>Black | | Hair Length<br>Ear Top | | ☐ Glasses | Eye Color<br>Brown |
| Build<br>Heavy | Facial Hair | | Facial Hair Color | | Voice<br>GRUFF OR HARSH VOICE | | | Complexion<br>Dark |
| Ethnicity<br>Non-Hispanic | | Marital Status | | Demeanor | | Hand Preference | | |
| Shirt | | | | Jacket | | | | |
| Pants | | | | Shoes | | | | |
| Hat | | | | | | | | |

| **Racial Profiling** | | | | | |
|---|---|---|---|---|---|
| Traffic Stop<br>☐ Yes  ☑ No | Was Suspect Driving Car<br>☐ Yes  ☑ No | Race Known Prior to Stop<br>☑ Yes  ☐ No | Reason for Stop<br>Violation of Law | | |
| Location of Stop<br>City Street | | Contraband or Evidence<br>Other | Race<br>BLACK | | Ethnicity<br>Non-Hispanic |
| | | Trademarks of Suspect | | | |

Narrative Legend

SP1 = DICKERSON, BURELL

Narrative Information

I was at the above location looking for vendors selling counterfeit trademarked items.  While in my vehicle I observed the SP selling Black WWE Royal Rumble T-shirts from the sidewalk.  The SP was holding up a shirt to display to passing cars and had several other shirts over his shoulder. After spotting myself and Sgt. Castello #3124 approaching him, the SP walked briskly away and was contacted several blocks away.  The SP was still in possession of three counterfeit WWE  T-shirts.  The shirts had the WWE Royal Rumble logo but were printed on "seconds" quality shirts. The SP was selling the shirts for $10 and was selling them inside the downtown business district against city ordinance.  SP was issued misdemeanor citation X1444477 for peddling in the downtown business district and was advised a criminal case of trademark counterfeiting less then $100 would be filed at large.

11

**Citation #2:**

| POLICE REPORT | | | **San Antonio** **Police Department** | Offense Case # SAPD17022847 | Incident Type POLICE REPORT | CFS Number SAPD-2017-0106955 |
|---|---|---|---|---|---|---|
| | | | | Primary Offense TRADEMARK COUNTERFEITING $20 BUT LESS THAN $500 | | Page 1 of 2 |
| | | | | Date / Time Occurred 1/29/2017 15:20 to 1/29/2017 15:25 | | Date / Time Reported 1/29/2017 15:30 |

| Situation Found Miscellaneous | | Type Of Search Plain View | | Location Given By Dispatcher | | | Related Case # |
|---|---|---|---|---|---|---|---|
| Hate Crime | | Arson | | Damage Value | Clearance | | |

### Elements of the Incident

☐ Video  ☐ Domestic Violence  ☐ Drive by Shooting  ☐ Gang Related  ☐ High Profile  ☐ Juvenile Related  ☐ Video Surveillance Available   ☐ Video Surveillance Received

| Street Address 200 IOWA ST | | | | | | | Unit Type |
|---|---|---|---|---|---|---|---|
| Unit No. | City SAN ANTONIO | | State Texas | | Zip 78210 | County Bexar County | Building No. |
| Floor No. | | District 4120 | | | | | |

| ☐ Notified Detective | Detective Name | Detective Unit Type | Detective Badge # |
|---|---|---|---|
| ☐ Notified Supervisor | Supervisor Name | Supervisor Unit Type | Supervisor Badge # |
| ☐ Notified Medical Examiner | Medical Examiner Name | Medical Examiner Unit Type | Medical Examiner Badge # |

| ☐ Notified Crisis Response Team | Crisis Response Name |
|---|---|
| ☐ Priority Notification | Priority Name |
| ☐ Notified Victim | Explanation |

| ☐ CSI Requested | CSI Name | CSI Unit Type | CSI Badge # |
|---|---|---|---|

| ☐ BOLO | | Reporting Officer BOWER, GARY | | Employee Number 00108428 |
|---|---|---|---|---|
| Badge # 2202 | | Report Offense Forgery Detail | Assignment | |

| ☑ Primary Offense | Report Offense TRADEMARK COUNTERFEITING $20 BUT LESS THAN $500 | | |
|---|---|---|---|
| UCR Category 250313 | | Attempted Completed **Completed** | |
| Premise Highway/Road/Alley/Street | Circumstances | Weapon **UNARMED** | |
| Weapon Brand | Weapon Model | Weapon Color | |
| Criminal Activity 1 CA2 - FILED AT LARGE | Criminal Activity 2 NONE | Criminal Activity 3 NONE | |

| Primary Offense | Report Offense ORD VIOL | | |
|---|---|---|---|
| UCR Category 000033 | | Attempted Completed | |
| Premise Highway/Road/Alley/Street | Circumstances | Weapon **UNKNOWN** | |
| Weapon Brand | Weapon Model | Weapon Color | |
| Criminal Activity 1 CA2 - CITATION ISSUED | Criminal Activity 2 NONE | Criminal Activity 3 NONE | |

| SUSPECT ☑ Known | | | | | | | |
|---|---|---|---|---|---|---|---|
| Last Name PITTS | | | First Name CARL | Middle Name ANTHONY | Nickname | | Suffix |
| Race BLACK | Sex Male | SSN | Date of Birth 05/17/1964 | Age 52 | Age Range to | | Weight 210 |
| Height 5'11" | Driver's License # | DL State Michigan | | Place of Birth | | SID | |
| Preferred CELL PHONE | | Home Phone | | Cell Phone 313-633-4646 | | Email Address | |
| | | | | Suspect Address | | | |

12

**POLICE REPORT**

**San Antonio**
**Police Department**

| | | |
|---|---|---|
| Offense Case # SAPD17022847 | Incident Type POLICE REPORT | CFS Number SAPD-2017-0106955 |
| Primary Offense TRADEMARK COUNTERFEITING $20 BUT LESS THAN $500 | | Page 2 of 2 |
| Date / Time Occurred 1/29/2017 15:20 to 1/29/2017 15:25 | | Date / Time Reported 1/29/2017 15:30 |

| Street Address | | | | | | Unit Type |
|---|---|---|---|---|---|---|
| 18053 ROSELAWN | | | | | | |

| Unit No. | City DETROIT | State Michigan | | Zip 48221 | Building No | Floor No. |
|---|---|---|---|---|---|---|

| | Employer | | Occupation | |
|---|---|---|---|---|
| ☐ Student | | | | |

**Suspect Employer Address**

| Street Address | | | | | | Unit Type |
|---|---|---|---|---|---|---|

| Unit No. | City SAN ANTONIO | State Texas | Zip | Building No | Floor No. |
|---|---|---|---|---|---|

**Details**

| Work Phone | | Hours of Employment to | Hair Color Black | Hair Length Ear Top | ☐ Glasses | Eye Color Brown |
|---|---|---|---|---|---|---|
| Build Heavy | Facial Hair | | Facial Hair Color | Voice | | Complexion Medium Brown |
| Ethnicity Non-Hispanic | | Marital Status | Demeanor | | Hand Preference | |
| Shirt | | | Jacket | | | |
| Pants | | | Shoes | | | |
| Hat | | | | | | |

**Racial Profiling**

| Traffic Stop ☐ Yes / ☑ No | Was Suspect Driving Car ☐ Yes ☑ No | Race Known Prior to Stop ☑ Yes ☐ No | Reason for Stop Violation of Law | |
|---|---|---|---|---|
| Location of Stop City Street | | Contraband or Evidence Other | Race BLACK | Ethnicity Non-Hispanic |

Trademarks of Suspect

Narrative Legend
SP1 = PITTS, CARL ANTHONY

Narrative Information

I was at the above location looking for vendors selling counterfeit trademarked items. While in my vehicle I observed the SP selling Black WWE Royal Rumble T-shirts from the sidewalk. The SP was holding up a shirt to display to passing cars and had several other shirts over his shoulder. The SP was in possession of four counterfeit WWE T-shirts. The shirts had the WWE Royal Rumble logo but were printed on "seconds" quality shirts. The SP was selling the shirts for $10 and was selling them inside the downtown business district against city ordinance. SP was issued misdemeanor citation X1444478 for peddling in the downtown business district and was advised a criminal case of trademark counterfeiting less than $100 would be filed at large.

13

## Citation #3:

| POLICE REPORT | | **San Antonio** **Police Department** | Offense Case # SAPD17022875 | Incident Type POLICE REPORT | | CFS Number SAPD-2017-0107034 |
|---|---|---|---|---|---|---|
| | | | Primary Offense TRADEMARK COUNTERFEITING $100 TO<$750 | | | Page 1   of 3 |
| | | | Date / Time Occurred 1/29/2017 00:00   to   1/29/2017 15:46 | | | Date / Time Reported 1/29/2017 17:00 |

| Situation Found Miscellaneous | Type Of Search Frisk | | | Location Given By Dispatcher | | Related Case # |
|---|---|---|---|---|---|---|
| Hate Crime | | Arson | | Damage Value | Clearance | |

### Elements of the Incident

| ☐ Video | ☐ Domestic Violence | ☐ Drive by Shooting | ☐ Gang Related | ☐ High Profile | ☐ Juvenile Related | ☐ Video Surveillance Available | ☐ Video Surveillance Received |

| Street Address CENTER ST & N MESQUITE ST | | | | | | Unit Type |
|---|---|---|---|---|---|---|
| Unit No. | City SAN ANTONIO | | State Texas | Zip 78202 | County | Building No. |
| Floor No. | District 4120 | | | | | |

| ☐ Notified Detective | Detective Name | Detective Unit Type | Detective Badge # |
|---|---|---|---|
| ☐ Notified Supervisor | Supervisor Name | Supervisor Unit Type | Supervisor Badge # |
| ☐ Notified Medical Examiner | Medical Examiner Name | Medical Examiner Unit Type | Medical Examiner Badge # |

| ☐ Notified Crisis Response Team | Crisis Response Name |
|---|---|
| ☐ Priority Notification | Priority Name |
| ☐ Notified Victim | Explanation |

| ☐ CSI Requested | CSI Name | CSI Unit Type | CSI Badge # |
|---|---|---|---|

| ☐ BOLO | | Reporting Officer COLDEWEY, DAVID | Employee Number 00101984 |
|---|---|---|---|
| Badge # 2009 | | Assignment Patrol Division | |

| ☑ Primary Offense | Report Offense TRADEMARK COUNTERFEITING $100 TO<$750 | | |
|---|---|---|---|
| UCR Category 268002A | | Attempted Completed | |
| Premise Parking Lot/Garage | Circumstances | | Weapon UNARMED |
| Weapon Brand | | Weapon Model | Weapon Color |
| Criminal Activity 1 CA2 - FILED AT LARGE | | Criminal Activity 2 CA2 - CITATION ISSUED | Criminal Activity 3 NONE |

| ☐ Primary Offense | Report Offense ORD VIOL | | |
|---|---|---|---|
| UCR Category 000033 | | Attempted Completed | |
| Premise Parking Lot/Garage | Circumstances | | Weapon UNARMED |
| Weapon Brand | | Weapon Model | Weapon Color |
| Criminal Activity 1 CA2 - CITATION ISSUED | | Criminal Activity 2 NONE | Criminal Activity 3 NONE |

| SUSPECT ☑ Known | | | | | | | |
|---|---|---|---|---|---|---|---|
| Last Name MARCOVITCH | | | First Name ANTHONY | Middle Name | Nickname | | Suffix |
| Race BLACK | Sex Male | SSN | Date of Birth 12/20/1972 | Age 44 | Age Range to | | Weight 140 |
| Height 5'4" | Driver's License # 959914913 | DL State New York | | Place of Birth | | SID | |
| Preferred CELL PHONE | | Home Phone | | Cell Phone 917-415-6288 | | Email Address | |
| | | | Suspect Address | | | | |

14

**POLICE REPORT**

**San Antonio Police Department**

| Offense Case # | Incident Type | CFS Number |
|---|---|---|
| SAPD17022875 | POLICE REPORT | SAPD-2017-0107034 |

| Primary Offense | | |
|---|---|---|
| TRADEMARK COUNTERFEITING $100 TO<$750 | | Page 2 of 3 |

| Date / Time Occurred | Date / Time Reported |
|---|---|
| 1/29/2017 00:00 to 1/29/2017 15:45 | 1/29/2017 17:00 |

| Street Address | | | | | Unit Type |
|---|---|---|---|---|---|
| 3250 3RD AVE | | | | | |

| Unit No. | City | State | Zip | Building No | Floor No. |
|---|---|---|---|---|---|
| | SAN ANTONIO | New York | 10456 | | |

| [ ] Student | Employer | Occupation |
|---|---|---|

**Suspect Employer Address**

| Street Address | | | | | Unit Type |
|---|---|---|---|---|---|
| | | | | | |

| Unit No. | City | State | Zip | Building No | Floor No. |
|---|---|---|---|---|---|
| | SAN ANTONIO | Texas | | | |

**Details**

| Work Phone | Hours of Employment to | Hair Color | Hair Length | [ ] Glasses | Eye Color |
|---|---|---|---|---|---|
| Build | Facial Hair | Facial Hair Color | Voice | Complexion | |
| Ethnicity | Marital Status | Demeanor | Hand Preference | | |
| Non-Hispanic | | | | | |
| Shirt | | Jacket | | | |
| Pants | | Shoes | | | |
| Hat | | | | | |

**Racial Profiling**

| Traffic Stop | Was Suspect Driving Car | Race Known Prior to Stop | Reason for Stop |
|---|---|---|---|
| [ ] Yes [✓] No | [ ] Yes [✓] No | [✓] Yes [ ] No | Violation of Law |

| Location of Stop | Contraband or Evidence | Race | Ethnicity |
|---|---|---|---|
| City Street | Other | BLACK | Non-Hispanic |

Trademarks of Suspect

| **PROPERTY** [ ] Evidence | Property Tag# | | Quantity | Category MISCELLANEOUS | Action SEIZED |
|---|---|---|---|---|---|
| Property Type | | Owner | | | Value |
| Brand | Model | | Color | Serial Number | |
| SRN/NIC Number | UCR Code | | Secondary Action | | Secondary Value |
| Date Recovered | | | | | |

Additional Description

11 ROYAL RUMBLE BLACK T-SHIRTS WW   VALUED AT 10 DOLLARS EACH

Associated Offenses

| Offense | |
|---|---|
| TRADEMARK COUNTERFEITING $100 TO<$750 | [✓] Associated With Property |
| Offense | |
| ORD VIOL | [ ] Associated With Property |

Narrative Legend

SP1 = MARCOVITCH, ANTHONY

Narrative Information

I was working in the area of the Alamo Dome in a unmarked vehicle in plain cloths checking for venders selling merchandise without a permit. While driving by the listed location I noticed SP1 with two t-shirts in his hand and he appeared to be selling them to people that were walking to the Alamo dome. I approached the suspect and identified myself as a police office and explained it was against a San Antonio city ordinance to be peddling merchandise without a permit. SP1 stated he wasn't going to lie he was selling shirts for 10 dollars each. I asked the actor for identification and he stated he didn't have any. The suspect had a large bulge under his t-shirt in his waist band and I asked him what the bulge was under his shirt and he raised his shirt where he was concealing nine more t-shirts in his waist band. The SP1 had a total of 11 T-shirts which are listed in the property section. These t-shirts were seized from SP1. SP1 was written misdemeanor citation number X1444479 for peddling without a permit. The 11 T-shirts also appeared to be trademark counterfeit t-shirts. They had WW, Royal Rumble and photos of the

15

| POLICE REPORT  | San Antonio Police Department | Offense Case # SAPD17022875 | Incident Type POLICE REPORT | CFS Number SAPD-2017-0107034 |
|---|---|---|---|---|
| | | Primary Offense TRADEMARK COUNTERFEITING $100 TO<$750 | | Page   3      of   3 |
| | | Date / Time Occurred 1/29/2017 00:00    to    1/29/2017 15:45 | | Date / Time Reported 1/29/2017 17:00 |

wrestlers.



## Citation #4:

**POLICE REPORT**

**San Antonio Police Department**

| Offense Case # | Incident Type | CFS Number |
|---|---|---|
| SAPD17022896 | POLICE REPORT | SAPD-2017-0107104 |
| Primary Offense | | Page 1 of 2 |
| TRADEMARK COUNTERFEITING $20 BUT LESS THAN $500 | | |
| Date / Time Occurred | | Date / Time Reported |
| 1/29/2017 16:00  to  1/29/2017 16:01 | | 1/29/2017 16:02 |

| Situation Found | Type Of Search | Location Given By Dispatcher | Related Case # |
|---|---|---|---|
| Miscellaneous | Plain View | | |

| Hate Crime | Arson | Damage Value | Clearance |
|---|---|---|---|

**Elements of the Incident**

☐ Video  ☐ Domestic Violence  ☐ Drive by Shooting  ☐ Gang Related  ☐ High Profile  ☐ Juvenile Related  ☐ Video Surveillance Available  ☐ Video Surveillance Received

| Street Address | Unit Type |
|---|---|
| 200 E COMMERCE ST | |

| Unit No. | City | State | Zip | County | Building No. |
|---|---|---|---|---|---|
| | NEW BRAUNFELS | Texas | 78130 | | |

| Floor No. | District |
|---|---|
| | SAPDO |

| | Detective Name | Detective Unit Type | Detective Badge # |
|---|---|---|---|
| ☐ Notified Detective | | | |
| ☐ Notified Supervisor | Supervisor Name | Supervisor Unit Type | Supervisor Badge # |
| ☐ Notified Medical Examiner | Medical Examiner Name | Medical Examiner Unit Type | Medical Examiner Badge # |
| ☐ Notified Crisis Response Team | Crisis Response Name | | |
| ☐ Priority Notification | Priority Name | | |
| ☐ Notified Victim | Explanation | | |
| ☐ CSI Requested | CSI Name | CSI Unit Type | CSI Badge # |

| | | Reporting Officer | Employee Number |
|---|---|---|---|
| ☐ BOLO | | BOWER, GARY | 00108426 |

| Badge # | Assignment |
|---|---|
| 2202 | Forgery Detail |

| ☑ Primary Offense | Report Offense |
|---|---|
| | TRADEMARK COUNTERFEITING $20 BUT LESS THAN $500 |

| UCR Category | Attempted Completed |
|---|---|
| 250313 | Completed |

| Premise | Circumstances | Weapon |
|---|---|---|
| Highway/Road/Alley/Street | | UNKNOWN |

| Weapon Brand | Weapon Model | Weapon Color |
|---|---|---|

| Criminal Activity 1 | Criminal Activity 2 | Criminal Activity 3 |
|---|---|---|
| CA2 - FILED AT LARGE | NONE | NONE |

| ☐ Primary Offense | Report Offense |
|---|---|
| | ORD VIOL |

| UCR Category | Attempted Completed |
|---|---|
| 000033 | Completed |

| Premise | Circumstances | Weapon |
|---|---|---|
| Highway/Road/Alley/Street | | UNARMED |

| Weapon Brand | Weapon Model | Weapon Color |
|---|---|---|

| Criminal Activity 1 | Criminal Activity 2 | Criminal Activity 3 |
|---|---|---|
| CA2 - CITATION ISSUED | NONE | NONE |

**SUSPECT**  ☑ Known

| Last Name | First Name | Middle Name | Nickname | Suffix |
|---|---|---|---|---|
| CAINES | JAMES | | | |

| Race | Sex | SSN | Date of Birth | Age | Age Range | Weight |
|---|---|---|---|---|---|---|
| BLACK | Male | | 12/04/1982 | 34 | to | 160 |

| Height | Driver's License # | DL State | Place of Birth | SID |
|---|---|---|---|---|
| 5'11" | | | | |

| Preferred | Home Phone | Cell Phone | Email Address |
|---|---|---|---|
| CELL PHONE | | 718-915-4703 | |

Suspect Address

17

| POLICE REPORT | | San Antonio Police Department | | Offense Case # SAPD17022896 | | Incident Type POLICE REPORT | | CFS Number SAPD-2017-0107104 |
|---|---|---|---|---|---|---|---|---|
| | | | | Primary Offense TRADEMARK COUNTERFEITING $20 BUT LESS THAN $500 | | | | Page 2 of 2 |
| | | | | Date / Time Occurred 1/29/2017 16:00 to 1/29/2017 16:01 | | | | Date / Time Reported 1/29/2017 16:02 |

| Street Address 1050 CARROLL | | | | | | | Unit Type | |
|---|---|---|---|---|---|---|---|---|
| Unit No. | City BRONX | | State New York | | Zip 10456 | Building No | | Floor No. |

| Student | | Employer | | | Occupation | | | |
|---|---|---|---|---|---|---|---|---|

**Suspect Employer Address**

| Street Address | | | | | | | Unit Type | |
|---|---|---|---|---|---|---|---|---|
| Unit No. | City SAN ANTONIO | | State Texas | | Zip | Building No | | Floor No. |

**Details**

| Work Phone | | Hours of Employment to | Hair Color Black | | Hair Length Collar | | ☐ Glasses | Eye Color Brown |
|---|---|---|---|---|---|---|---|---|
| Build Medium | | Facial Hair | Facial Hair Color | | Voice | | Complexion | |
| Ethnicity Non-Hispanic | | Marital Status | Demeanor | | | Hand Preference | | |
| Shirt | | | | Jacket | | | | |
| Pants | | | | Shoes | | | | |
| Hat | | | | | | | | |

**Racial Profiling**

| Traffic Stop ☐ Yes ☑ No | | Was Suspect Driving Car ☐ Yes ☑ No | | Race Known Prior to Stop ☑ Yes ☐ No | | Reason for Stop Violation of Law | | |
|---|---|---|---|---|---|---|---|---|
| Location of Stop City Street | | Contraband or Evidence Other | | | Race BLACK | | Ethnicity Non-Hispanic | |

Trademarks of Suspect

Narrative Legend
SP1 = CAINES, JAMES

Narrative Information

I was at the above location looking for vendors selling counterfeit trademarked items. While in my vehicle I observed the SP selling Black WWE Royal Rumble T-shirts from the sidewalk. The SP was holding up a shirt to display to passing cars and had several other shirts over his shoulder. The SP was in possession of four counterfeit WWE T-shirts. The shirts had the WWE Royal Rumble logo but were printed on "seconds" quality shirts. The SP was selling the shirts for $10 and was selling them inside the downtown business district against city ordinance. SP was issued misdemeanor citation X1444480 for peddling in the downtown business district and was advised a criminal case of trademark counterfeiting less than $100 would be filed at large.

18

**St. Paul, MN**
**February 28, 2017**

**Advised by WWE Merch Crew that there were approximately two men, independently selling the following shirt.  Each had approximately 50 shirts.**



(front)



(back)

19

**Counterfeit Product Sold at WWE Live Events:**

- **Traditionally sized for children to wear or use**

- **Inferior shirt quality – could be flammable**

- **Inferior ink quality – could be flammable, cause allergic reactions**

- **Counterfeiters keep them "stored" in their pants until sale is made**

- **Often have strong, adverse odors not noticed until indoors**

## COUNTERFEIT PRODUCT
## POSES A SIGNIFICANT PUBLIC SAFETY RISK!