# EXHIBIT 7
# to Declaration of Lauren Dienes-Middlen, Esq.
# (Part 1)

# WRESTLEMANIA 33
## Events
## Orlando, Florida – 2017

# ENFORCEMENT REPORT

# WrestleMania Axxess...

## Located at the Orange County Convention Center – Orlando, FL

- *Fan/Talent interactive events*
- *Talent signings*
- *WWE "Superstore"*



**WrestleMania Axxess...**



# WrestleMania Axxess...



Police and Security presence was extremely strong throughout the WrestleMania week of events, either driving counterfeiters away or forcing them to go deeper into hiding…

# Police presence surrounding WrestleMania Axxess...







# Police presence surrounding WrestleMania Axxess...



# Police presence surrounding WrestleMania Axxess...



# Police presence surrounding WrestleMania Axxess...



# WWE Hall of Fame Event...

## *Located at the Amway Center – Orlando, FL*

- *Live ceremony event similar to the Oscars - honoring those who have achieved success in the sports entertainment industry*



# WWE Hall of Fame Event...



# Police presence surrounding WWE Hall of Fame Event...



**(many closed roads to direct traffic to directed paths)**

# Police presence surrounding WWE Hall of Fame Event...



# Police presence surrounding WWE Hall of Fame Event...



# Police presence surrounding WWE Hall of Fame Event...



# Police presence surrounding WWE Hall of Fame Event...



# Police presence surrounding WWE Hall of Fame Event...



Even with all of the police and security, we were able to find counterfeit WWE merchandise being sold during the hours leading up to the WWE Hall of Fame event...

# Location of Sale of
# Counterfeit Merchandise Sold at WWE Hall of Fame Event...



# Location of Sale of
# Counterfeit Merchandise Sold at WWE Hall of Fame Event...



**Path under highway led directly to Amway Center**

# Counterfeit Merchandise Sold at WWE Hall of Fame Event...



# Counterfeit Merchandise Sold at WWE Hall of Fame Event...



# Counterfeit Merchandise Seller at WWE Hall of Fame Event...



Was found selling counterfeit WWE hats.
At the time of seizure, she had 19 remaining in her possession.
She was served and the 19 hats were seized without incident.

# Counterfeit Merchandise Sold at WWE Hall of Fame Event...

24



**(inside)**

**(outside)**

# Counterfeit Merchandise Seller at WWE Hall of Fame Event...



Was found selling counterfeit WWE hats.
At the time of seizure, she had 20 remaining In her possession.
She was served and the 20 hats were seized without incident.

# Counterfeit Merchandise Sold at WWE Hall of Fame Event...



(inside)



(outside)



**WRESTLEMANIA 33**

# WRESTLEMANIA 33 – Main Event

## (located at the Camping World Stadium – Orlando, FL)

- *Pinnacle annual live event for WWE*
- *75,245 people in attendance*
- *Fans came from all 50 states and more than 20 countries*



# Police presence surrounding WrestleMania 33...



# Police presence surrounding WrestleMania 33...






# Police presence surrounding WrestleMania 33...



# Police presence surrounding WrestleMania 33...





# Police presence surrounding WrestleMania 33...



# Police presence surrounding WrestleMania 33...



# Police presence surrounding WrestleMania 33...



# Police presence surrounding WrestleMania 33...



Even with all of the police and security, we were able to find counterfeit WWE merchandise being sold during the hours leading up to the WrestleMania 33 Event...

# Counterfeit Merchandise Seller at WrestleMania 33...

*Same woman selling hats again!*



Was found selling counterfeit WWE hats on a street leading to the event.
At the time of seizure, she had 3 hats remaining In her possession.
She was served and the 3 hats were seized without incident.

38



**Counterfeit Hats being sold:**



# Counterfeit Seller being served:





# Counterfeit Merchandise Sold at WrestleMania 33 ...



(inside)



(outside)

# Counterfeit Merchandise Seller at WrestleMania 33...

*Same woman selling hats again!*



Was found selling counterfeit WWE hats in a nearby parking lot where her car was parked.  She agreed to open her car trunk.  At the time of seizure, she had 141 counterfeit WWE hats remaining in her possession.  She was served and the 141 hats were seized without incident.

42

# Counterfeit Hats in her trunk:



**Car trunk contained hats from several brands including WWE.**

43

44

# Counterfeit WWE Hats being sold:



# The counterfeit merchandise was seized:



46

# Counterfeit Merchandise Sold at WrestleMania 33 ...



**Seized 37 WWE knit hats.**

# Counterfeit Merchandise Sold at WrestleMania 33...

**Seized 92 of these hats.**



(inside)



(outside)