**EXHIBIT 7
to Declaration of Lauren
Dienes-Middlen, Esq.
(Part 2)**

# <u>Counterfeit Merchandise Sold at WrestleMania 33 …</u>



**(outside)**



**(inside)**

**Seized 12 of these hats.**

48

# Another Counterfeit Merchandise Seller at WrestleMania 33…

 

Was found selling counterfeit WWE shirts just outside the stadium.
At the time of seizure, he had 31 counterfeit WWE shirts remaining in his possession.  He was served and the 31 shirts were seized without incident.

49



**Bootlegger**

**Customer**

**Customer**





# Counterfeit Merchandise Sold at WrestleMania 33 …




# Counterfeit Merchandise Sold at WrestleMania 33 (continued)...





# <u>Counterfeit Merchandise Sold at WrestleMania 33 (*continued*)...</u>




# Counterfeit Merchandise Sold at WrestleMania 33 (continued)...





# <u>Counterfeit Merchandise Sold at WrestleMania 33</u> <u>(*continued*)</u>...

 

# Counterfeit Merchandise Sold at WrestleMania 33 (continued)...




# <u>Counterfeit Merchandise Sold at WrestleMania 33 (*continued*)…</u>



# Counterfeit Seller was served:



59

# Another Counterfeit Merchandise Seller as WrestleMania 33 event was ending…

## JOHN DOE
**refused service but allowed seizure of merchandise**

**Was found selling counterfeit WWE shirts a few blocks from the stadium. At the time of seizure, he had 12 counterfeit WWE shirts remaining in his possession.  He refused service but he allowed the 12 shirts to be seized without incident.**

60

# <u>Counterfeit Merchandise Sold at WrestleMania 33 …</u>





**(front)**          **(back)**

# Another Counterfeit Merchandise Seller immediately after WrestleMania 33 ended...



**Was found selling counterfeit WWE shirts a few blocks from the stadium. At the time of seizure, he had 23 counterfeit WWE shirts remaining in his possession.  He was served and the 23 shirts were seized without incident.**

# Counterfeit Merchandise Sold at WrestleMania 33 ...



**(front)**



**(back)**

*The shirt being sold by the John Doe at 10:30pm was Identical to the shirt being sold by Donald Simon two hours later In a different location.*

63

We also know we'll be "hit" throughout the year when the police presence is not so prevalent…

The following slides depict counterfeit merchandise we have encountered already at our other live events <u>leading up to WrestleMania</u>…

## Dublin (4/21/16):  Counterfeit shirts being sold:

_Merch crew advised_: "There was a crew of about 8 bootleggers.  They confiscated about 100 shirts total."



(front)



(back)

## United Kingdom (4/22/16):  Counterfeit shirts being sold:

_Merch crew advised_: _"Approx. 20 sellers here in Sheffield - no police here."_



(front)

66

## United Kingdom (4/22/16):  Counterfeit shirts being sold:

_Merch crew advised:_ "Approx. 20 sellers here in Sheffield - no police here."



(front)

# Newark, New Jersey (5/22/16):  Counterfeit shirts being sold:



(front)



This <u>identical</u> shirt back design has been used on shirts in the following <u>locations, on the following dates</u>:

| <u>City</u> | <u>State</u> | <u>Date</u> |
| --- | --- | --- |
| Detroit | MI | Feb. 22, 2016 |
| Chicago | IL | March 8, 2016 |
| Philadelphia | PA | March 21, 2016 |
| Boston | MA | March 22, 2016 |
| New York | NY | March 25, 2016 |
| Baltimore | MD | March 27, 2016 |
| Washington | DC | March 27, 2016 |
| Brooklyn | NY | March 28, 2016 |
| Newark | NJ | May 22, 2016 |

**This design is <u>not</u> used by WWE.**

## Newark, New Jersey (5/22/16):  Counterfeit posters being sold:



**Philadelphia, PA**
<u>**December 11, 2016**</u>

**Advised by WWE Merch Crew that there were approximately 100 of the following shirts being sold, with some of the sellers having come from New York.**



(front)



(back)

71

**Philadelphia, PA**
**December 11, 2016**



(front)



(back)

**San Antonio, TX**
**January 2, 2017**



(front)

St. Paul, MN
February 28, 2017

**THIS IS THE SAME SHIRT THAT IS LATER SOLD IN (1) DETROIT, MI, (2) BUFFALO, NY, (3) NEW YORK CITY and (4) ALBANY, NY**



(front)



(back)

**Buffalo, NY**

**March 11, 2017**

THIS IS THE SAME SHIRT THAT WAS SOLD IN (1) ST. PAUL, MN AND IS LATER SOLD IN (2) DETROIT, MI, (2) NEW YORK CITY and (4) ALBANY, NY



(front)



(back)

**New York City, NY**
**March 12, 2017**

*THIS IS THE SAME SHIRT THAT WAS SOLD IN (1) ST. PAUL, MN and (2) BUFFALO, NY*
*AND IS LATER SOLD IN (2) DETROIT, MI, and (4) ALBANY, NY*



(front)



(back)

**Detroit, MI**
**March 13, 2017**

*THIS IS THE SAME SHIRT THAT WAS SOLD IN (1) ST. PAUL, MN, (2) BUFFALO, NY and (3) NEW YORK CITY and IS LATER SOLD IN (4) ALBANY, NY*



(front)



(back)

Albany, NY
March 18, 2017

THIS IS THE SAME SHIRT THAT WAS SOLD IN (1) ST. PAUL, MN, (2) BUFFALO, NY and (3) NEW YORK CITY, and (4) DETROIT, MI





(front)

(back)

In the weeks leading up to WrestleMania, the following <u>identical</u> shirt has been sold at the following WWE live events:



(front)



(back)

| LOCATION | DATE |
| --- | --- |
| St. Paul, Minnesota | February 28, 2017 |
| Buffalo, New York | March 11, 2017 |
| New York, NY | March 12, 2017 |
| Detroit, Michigan | March 13, 2017 |
| Albany, New York | March 18, 2017 |

79

**The following slides depict counterfeit merchandise we have encountered at our other live events since last year's <u>WrestleMania Events</u> …**

**Brooklyn, NY (08/20/17):  Counterfeit shirts being sold by at least 11 individuals – two of whom were selling WWE counterfeit shirts again five months later, in January 2018:**



(front)



(back)

2

## Newark, NJ (12/19/17):  Counterfeit shirts being sold by at least 6 individuals:



(front)



(back)

*(same bootleg shirt being sold in New York City later)*

3

## <u>Newark, NJ (12/19/17):  Other counterfeit shirts being sold by at least 6 individuals:</u>





(front)                                                (back)

## New York City, NY (12/26/17):  Counterfeit shirts being sold by at least 14 individuals:



(front)



(back)

*(same bootleg shirt being sold in Newark, NJ earlier)*

5

**New York City, NY (12/26/17):  Counterfeit shirts being sold by at least 14 individuals:**

<u>Law enforcement advised the following</u>:

"I'm guesstimating about 14 bootleggers last night.  These NYC guys are savvy.  Most to not carry ID on them and those that do, refuse service.  While I can't confirm many given names, there were a couple that are known to me from past interaction in both the bootleg enforcement world and my NYPD career."

**<u>Brooklyn, NY (01/22/18):  Counterfeit shirts being sold by at least 4 individuals –
these are the tour dates leading up to WrestleMania 34</u>:**



(front)



(back)

*(same bootleg shirt being sold in Philadelphia, PA later)*

7

## Philadelphia, PA (01/28/18): Counterfeit shirts being sold by at least 4 individuals – these are the tour dates leading up to WrestleMania 34:



(front)



(back)

*(same bootleg shirt being sold in Brooklyn, NY earlier)*

8

## <u>Philadelphia, PA (01/28/18):  Counterfeit shirts being sold by several individuals:</u>





(front)                                                    (back)

## <u>Philadelphia, PA (01/28/18):  Counterfeit shirts being sold by several individuals:</u>



(front)



(back)

## <u>Philadelphia, PA (01/28/18):  Counterfeit shirts being sold by several individuals:</u>



(front)

## **Counterfeit Product Sold at WWE Live Events**:

- **Traditionally sized for children to wear or use**

- **Inferior shirt quality – could be flammable**

- **Inferior ink quality – could be flammable, cause allergic reactions**

- **Counterfeiters keep them "stored" in their pants until sale is made**

- **Often have strong, adverse odors not noticed until indoors**

## **Counterfeit Product Sold at WWE Live Events**:

**We might not be able to find 100% of the counterfeit merchandise being sold at our events, but we must have the ability to seize 100% of what we do find.**

<span style="color:red">**COUNTERFEIT PRODUCT POSES A SIGNIFICANT PUBLIC SAFETY RISK!**</span>