# EXHIBIT 8
# to Declaration of Lauren Dienes-Middlen, Esq.

**The following slides depict counterfeit merchandise we have encountered at our other live events since last year's <u>WrestleMania Events</u> …**

# <u>Bridgeport, CT</u> (7/8/18):  Counterfeit shirts being sold by four individuals.





(front)                                           (back)

*(same bootleg shirt being sold in Boston, MA the next night and in Brooklyn, NY a month later)*

2

## For Bridgeport, CT seizure, report from local law enforcement:

"A lot of bootleg at the show.  With the help of a couple of local cops we were able to scurry off 6 people.  Upon checking the stand after the initial rush for the IN, I notice another wave of people coming in with bootleg shirts.  Walked back out into the parking lot and was able to scurry another 6 away.  The blow-off was even worse as they were everywhere…"

Mon 7/9/2018 9:34 AM

Fwd: WWE RAW LE Bridgeport 7/8/18

To   Middlen, Lauren

Cc

Lauren, see below Casey had some bootleg in Bridgeport last night.

-A lot of bootleg at the show. With the help of a couple local cops we were able to scurry off 6 people. Upon checking the stand after the initial rush for the IN, I notice another wave of people coming in with bootleg shirts. Walked back out into the parking lot and was able to scurry another 6 away. The blow-off was even worse as they were everywhere. I have attached a photo of the shirt.

-

Casey

<CT049180708.xlsx>the

3

**<u>Bridgeport, CT (7/8/18):  In addition to the many sellers outside the venue, this individual was selling *inside* the arena:</u>**



# <u>Boston, MA</u> (7/9/18):  Counterfeit shirts being sold by many individuals.



(front)



(back)

*(same bootleg shirt being sold in Bridgeport, CT the night before and in Brooklyn, NY a month later)*

5

**<u>For Boston, MA seizure,</u> <span style="color:red">report from local law enforcement</span>:**

"Bootleg again tonight.  4 Guys.  I didn't see them until the blowoff.  Same design."



## <u>Brooklyn, NY</u> (8/19/18):  Counterfeit shirts being sold by several individuals:



(front)                                                                                  (back)

*(same bootleg shirt being sold in Bridgeport, CT and Boston, MA a month earlier)*

7

**<span style="color:red">Los Angeles, CA</span> (11/17/18):  Counterfeit shirts being sold by <span style="color:red">five</span> individuals:**



(front)



(back)

**<span style="color:red">Lexington, KY</span> (1/13/19):  Counterfeit shirts being sold by several individuals:**





(front)

(back)

## For Lexington, KY seizure, <span style="color:red">report from local law enforcement</span>:

"… attached are the bootlegs that were being sold in Lexington, KY tonight.  It was the same 6 guys that were in Charleston, WV on Friday.  All 6 of them were in front of the arena to start the show until we chased them off and then the same 6 came back at 9:30pm and were actually inside the lobby right outside the arena to end of the night…"



**<span style="color:red">Jacksonville, FL</span> (2/8/19):  Counterfeit shirts being sold by <span style="color:red">SIX</span> individuals, each carrying a large duffel bag full of these counterfeit shirts:**



(front)



(back)

11

## Counterfeit Product Sold at WWE Live Events:

**Most WWE counterfeit merchandise list WWE schedule of live event "tour" dates, indicating sellers' intent to follow WWE and sell these shirts at all WWE events listed.**

**We might not be able to find 100% of the counterfeit merchandise being sold at our events, but we must have the ability to seize 100% of what we <u>do</u> find.**

**<u>Counterfeit Product Sold at WWE Live Events</u>:**

- **Traditionally sized for children to wear or use**

- **Inferior shirt quality – could be flammable**

- **Inferior ink quality – could be flammable, cause allergic reactions**

- **Counterfeiters keep them "stored" in their pants until sale is made**

- **Often have strong, adverse odors not noticed until indoors**

<p style="text-align:center; color:red;"><strong>COUNTERFEIT PRODUCT<br>POSES A SIGNIFICANT PUBLIC SAFETY RISK!</strong></p>

# EXHIBIT 9
# to Declaration of Lauren Dienes-Middlen, Esq.

Case # 12-10461

# COX
## CONVENTION CENTER

## SAVOR...

**SMG**
Worldwide Entertainment and
Convention Venue Management

**Ford**

**FORD CENTER**

DATE: 2-6-12

EVENT: (illegible)

TIME: 1815

EVENT COLOR:  GREEN ___  YELLOW ___  RED ___

NAME: Mc Nary, Kevin (leased)

SSN: 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    602/240 BLK/Bro

R/S: B/M    DOB: 12-20-54

ADDRESS: 515 S. 13 st # B23    408-512-8503

STATE: NV  ZIP: 89101

CITY: Las Vegas

REASON FOR CONTACT: ___

ticket # 09-8321345 PLI

RELEASED TO:

NAME: ___
PHONE: ___

DISPOSITION:

JAIL: ___
DETOX: ___
CAB: ___
FRIEND: ___

EMPLOYEE: ___
ALCOHOL OFFICER: Varney, Lambert
MANAGER: ___

# EXHIBIT 10
# to Declaration of Lauren
# Dienes-Middlen, Esq.

Seized Since WrestleMania XXIX:

Seized at WWE live events in (1) Fresno, CA, (2) Los Angeles, CA,
(3) Sacramento, CA
all on different dates, all from different individuals:



<u>Seized at several different WWE live events throughout New York,
all on different dates, all from different people</u>:



<u>Seized at WWE live events in (1) Los Angeles, CA and (2) Sacramento, CA,
on different dates, from different people</u>:



<u>Seized at WWE live event in New Jersey</u>:



<u>Seized at WWE live events in New York and New Jersey,</u>
<u>on different dates, from different people</u>:



Seized at WWE live event in New Jersey:



Seized at WWE live event in Los Angeles, CA:



Seized at WWE live event in Los Angeles, CA:





Boxes of Counterfeit Merchandise Seized at Various WWE Live Events
Since WMXXIX:



Seized at WWE live event in Baltimore, MD in January 2014:
(Front)



Seized at WWE live event in Baltimore, MD in January 2014:
(Back)
Lists the different cities in which WWE live events will be held –
note that the tagline used at the top of the shirt "Let the Good Times Roll" is the tagline that
WWE is currently using in connection with WrestleMania XXX in New Orleans, LA
*(poor quality of image is actually on the original shirt and not merely a bad photograph)*



Seized at WWE live event in St. Louis, MO in January 2014
(Front):

