# EXHIBIT 4

3/4/2019 WRESTLEMANIA® GENERATES $175 MILLION FOR NEW ORLEANS – World Wrestling Entertainment Inc.

Case 2:19-cv-09039 Document 4-9 Filed 03/26/19 Page 2 of 4 PageID: 610



# *WRESTLEMANIA*® GENERATES $175 MILLION FOR NEW ORLEANS

**STAMFORD, Conn., November 12, 2018** – WWE® (NYSE: WWE) and Louisiana Governor John Bel Edwards announced today that *WrestleMania 34* generated $175 million in economic impact for the greater New Orleans region this past April, according to a study conducted by the Enigma Research Corporation. This marks a significant increase from the $142 million generated for *WrestleMania* 30 in New Orleans and the seventh consecutive year that *WrestleMania* generated more than $100 million in economic impact for its host region.

Over the past 12 years, *WrestleMania* has generated more than $1.2 billion in cumulative economic impact for the cities that have hosted the event. *WrestleMania* 34 also generated approximately $23.7 million in federal, state and local taxes.

"Yet again, WWE delivered on its promise to offer a spectacular event in New Orleans and a boost to the local economy," said Governor John Bel Edwards. "I would like to thank the WWE fans from around the world that descended on New Orleans for *WrestleMania* Week. We hope they enjoyed their visit, and more importantly, we hope to bring *WrestleMania* back to New Orleans in the future."

"We were thrilled to have been a cornerstone event as part of the city's Tricentennial Celebration, and that *WrestleMania's* triumphant return to New Orleans once again generated an incredible economic windfall for the city," said John P. Saboor, WWE Executive Vice President of Special Events. "The success of our weeklong celebration would not have been possible without the tireless support of the State of Louisiana, the City of New Orleans and all of the public and private sector partners throughout the region. We now turn our attention to New York and New Jersey for what will be a historic *WrestleMania* Week celebration."

A record crowd of 78,133 fans from all 50 states and 67 countries attended WWE's pop-culture extravaganza this past April, making it the highest-grossing entertainment event in the history of the Mercedes-Benz Superdome. Key highlights from the study include:

- $175 million in direct, indirect and induced impact derived from spending by visitors to New Orleans for *WrestleMania* 34.
- 77% of fans that attended *WrestleMania* were from outside the New Orleans region and stayed an average of 3.9 nights.

- $22 million was spent on hotels and accommodations within New Orleans.

- The economic impact derived from *WrestleMania* Week was equal to the creation of 1,583 full-time jobs for the area.

- $9.9 million was spent by visitors to New Orleans at area restaurants.

Next year, *WrestleMania 35* will take place Sunday, April 7 live from MetLife Stadium in East Rutherford, NJ. Tickets will be available this Friday, November 16 at 10 AM ET through Ticketmaster. The event will be streamed live around the world on WWE Network.

### About Enigma Research Corporation

Enigma Research Corporation is an international consulting firm which specializes in measuring the economic impact of special events. Enigma's economists developed a customized model which converted expenditures into economic impact, employment supported and taxes generated as a result of the event.

### About WWE

WWE, a publicly traded company (NYSE: WWE), is an integrated media organization and recognized leader in global entertainment. The Company consists of a portfolio of businesses that create and deliver original content 52 weeks a year to a global audience. WWE is committed to family friendly entertainment on its television programming, pay-per-view, digital media and publishing platforms. WWE's TV-PG, family-friendly programming can be seen in more than 800 million homes worldwide in 25 languages. WWE Network, the first-ever 24/7 over-the-top premium network that includes all live pay-per-views, scheduled programming and a massive video-on-demand library, is currently available in more than 180 countries. The Company is headquartered in Stamford, Conn., with offices in New York, Los Angeles, London, Mexico City, Mumbai, Shanghai, Singapore, Dubai, Munich and Tokyo.

Additional information on WWE (NYSE: WWE) can be found at wwe.com and corporate.wwe.com. For information on our global activities, go to http://www.wwe.com/worldwide/

### Media Contacts:

Adam Hopkins
WWE
203-352-8675
Adam.Hopkins@wwecorp.com

### Investor Contact:

Michael Weitz
203-352-8642
Michael.Weitz@wwecorp.com

Trademarks: All WWE programming, talent names, images, likenesses, slogans, wrestling moves, trademarks, logos and copyrights are the exclusive property of WWE and its subsidiaries. All other trademarks, logos and copyrights are the property of their respective owners.

Forward-Looking Statements: This press release contains forward-looking statements pursuant to the safe harbor provisions of the Securities Litigation Reform Act of 1995, which are subject to various risks and uncertainties. These risks and uncertainties include, without limitation, risks relating to: WWE Network; major distribution agreements; our need to continue to develop creative and entertaining programs and events; the possibility of a decline in the popularity of our brand of sports entertainment; the continued importance of key performers and the services of Vincent K. McMahon; possible adverse changes in the regulatory atmosphere and related private sector initiatives; the highly competitive, rapidly changing and increasingly fragmented nature of the markets in which we operate and greater financial resources or marketplace presence of many of our competitors; uncertainties associated with international markets; our difficulty or inability to promote and conduct our live events and/or other businesses if we do not comply with applicable regulations; our dependence on our intellectual property rights, our need to protect those rights, and the risks of our infringement of others' intellectual property rights; the complexity of our rights agreements across distribution mechanisms and geographical areas; potential substantial liability in the event of accidents or injuries occurring during our physically demanding events including, without limitation, claims relating to CTE; large public events as well as travel to and from such events; our feature film business, including anticipated release, marketing or involved talent for upcoming titles and productions; our expansion into new or complementary businesses and/or strategic investments; our computer systems and online operations; privacy norms and regulations; a possible decline in general economic conditions and disruption in financial markets; our accounts receivable; our revolving credit facility; litigation; our potential failure to meet market expectations for our financial performance, which could adversely affect our stock; Vincent K. McMahon exercises control over our affairs, and his interests may conflict with the holders of our Class A common stock; a substantial number of shares are eligible for sale by the McMahons and the sale, or the perception of possible sales, of those shares could lower our stock price; and the relatively small public "float" of our Class A common stock. In addition, our dividend is dependent on a number of factors, including, among other things, our liquidity and historical and projected cash flow, strategic plan (including alternative uses of capital), our financial results and condition, contractual and legal restrictions on the payment of dividends (including under our revolving credit facility), general economic and competitive conditions and such other factors as our Board of Directors may consider relevant. Forward-looking statements made by the Company speak only as of the date made and are subject to change without any obligation on the part of the Company to update or revise them. Undue reliance should not be placed on these statements. For more information about risks and uncertainties associated with the Company's business, please refer to the "Management's Discussion and Analysis of Financial Condition and Results of Operations" and "Risk Factors" sections of the Company's SEC filings, including, but not limited to, our annual report on Form 10-K and quarterly reports on Form 10-Q.