

March 29, 2019

Loly G. Tor
loly.tor@klgates.com

T +1 973 848 4026
F +1 973 848 4001

**Via ECF**

Hon. Susan D. Wigenton, U.S.D.J.
United States District Court for the District of
    New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    *World Wrestling Entertainment, Inc. v. Various John and Jane Does, et al.*
            **Case No. 2:19-cv-9039**

Dear Judge Wigenton:

We represent Plaintiff World Wrestling Entertainment, Inc. ("WWE"). Today, the Court granted WWE's Motion for Temporary Restraining Order ("TRO"). By its terms, the TRO becomes effective on April 4 and can be enforced at the WWE WrestleMania Events occurring in New Jersey from April 5 through April 7. It is during these events that WWE expects to serve Defendants who are selling counterfeit merchandise.

On page 5 of the TRO, the Court set a hearing for April 3, 2019 for Defendants to show cause "why an order should not be entered granting WWE a preliminary enjoining Defendants', and all those acting in concert with them, from manufacturing, distributing, offering for sale or selling the Enjoined Goods and/or raise any objection concerning any seizure" effected pursuant to the TRO. Because Defendants will not be served until after the TRO goes into effect on April 4 and thereafter at the WrestleMania Events, WWE respectfully requests that the Court reschedule the date for the hearing to occur on or after April 10 so that any Defendant served will have an opportunity to be heard.

Respectfully submitted,

s/ Loly G. Tor

Loly G. Tor

K&L GATES LLP
ONE NEWARK CENTER   TENTH FLOOR   NEWARK   NJ 07102
T +1 973 848 4000  F +1 973 848 4001  klgates.com

Anthony P. La Rocco, Managing Partner, New Jersey
303181541 v1