

March 29, 2019

Loly G. Tor
loly.tor@klgates.com

T +1 973 848 4026
F +1 973 848 4001

**Via ECF**

Hon. Leda D. Wettre, U.S.M.J.
United States District Court for the District of
    New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    *World Wrestling Entertainment, Inc. v. Various John and Jane Does, et al.*
                 **Case No. 2:19-cv-9039**

           **Application for *Pro Hac Vice* Admission of Christopher Verdini, Esq.**

Dear Judge Wettre:

On behalf of Plaintiff World Wrestling Entertainment, Inc. ("WWE"), we respectfully submit the enclosed application for the *pro hac vice* admission of Christopher M. Verdini, Esq., for Your Honor's consideration. The defendants in this action are unknown John and Jane Does and unknown XYZ Corporations. Accordingly, WWE is unable to obtain defendants' consent to this application.

Please do not hesitate to contact me with any questions. We appreciate Your Honor's time and attention to this matter.

Respectfully submitted,

s/Loly G. Tor

Loly Tor

*Encls.*

K&L GATES LLP
ONE NEWARK CENTER  TENTH FLOOR  NEWARK  NJ 07102
T +1 973 848 4000  F +1 973 848 4001  klgates.com

Anthony P. La Rocco, Managing Partner, New Jersey
303181372 v1