Loly G. Tor
**K&L GATES LLP**
One Newark Center, 10th Fl.
Newark, NJ 07102
P: (973) 848-4000
F: (973) 848-4001
loly.tor@klgates.com
Attorneys for Plaintiff World
Wrestling Entertainment, Inc.

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2019 APR -2 A 11: 22

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN AND JANE DOES 1-100, and XYZ CORPORATIONS 1-100, <br><br> Defendants. | Civil Action No.: 2:19-cv-09039 <br><br> Hon. Susan D. Wigenton, U.S.D.J. <br> Hon. Leda D. Wettre, U.S.M.J. <br><br> **TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION BOND** <br><br> BOND NO. 107024576 |

WHEREAS, by Order of the above entitled Court, Plaintiff World Wrestling Entertainment, Inc., was required to file an undertaking in the sum of **Ten Thousand and 00/100 Dollars ($10,000.00)** as a condition for a temporary restraining order, seizure order and/or preliminary injunction to be in effect restraining and enjoining any Defendant who is subject to the temporary restraining order, seizure order and/or preliminary injunction from the commission of certain acts and permitting the seizure of certain items as more fully set forth in said order.

Now therefore, **Travelers Casualty and Surety Company of America,** a corporation organized and existing under the laws of the State of Connecticut and authorized to transact the business of Surety, as Surety, in consideration of premises and issuance of said temporary restraining order, seizure order and/or preliminary injunction does hereby undertake to pay all costs and disbursements

1

that may be decreed to the aforesaid Defendants and such damages not exceeding the amount of **Ten Thousand and 00/100 Dollars ($10,000.00)** as the aforesaid Defendants may sustain by reason of said temporary restraining order, seizure order and/or preliminary injunction if the same be wrongfully obtained and without sufficient cause.

In witness whereof, we have set our hand and seal this 29th day of March, 2019.

World Wrestling Entertainment, Inc.

By: _____
Lauren Dienes-Middlen, Esq.
Vice President, Intellectual Property
World Wrestling Entertainment, Inc.


Travelers Casualty and Surety Company of America

By: _____
Bartlomiej Siepierski, Attorney-in-Fact

2

# TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

HARTFORD, CONNECTICUT 06183

FINANCIAL STATEMENT AS OF JUNE 30, 2018

AS FILED IN THE STATE OF NEW YORK

CAPITAL STOCK $ 6,480,000

| ASSETS | | LIABILITIES & SURPLUS | |
|---|---:|---|---:|
| CASH AND INVESTED CASH | $ 44,550,056 | UNEARNED PREMIUMS | $ 970,342,074 |
| BONDS | 3,617,885,104 | LOSSES | 808,962,655 |
| STOCKS | 289,536,315 | LOSS ADJUSTMENT EXPENSES | 167,651,523 |
| INVESTMENT INCOME DUE AND ACCRUED | 38,675,091 | COMMISSIONS | 31,711,775 |
| OTHER INVESTED ASSETS | 2,450,997 | TAXES, LICENSES AND FEES | 11,381,517 |
| PREMIUM BALANCES | 274,615,065 | OTHER EXPENSES | 31,562,332 |
| NET DEFERRED TAX ASSET | 49,388,580 | CURRENT FEDERAL AND FOREIGN INCOME TAXES | 7,314,814 |
| REINSURANCE RECOVERABLE | 20,590,578 | REMITTANCES AND ITEMS NOT ALLOCATED | 10,186,462 |
| SECURITIES LENDING REINVESTED COLLATERAL ASSETS | 16,739,896 | AMOUNTS WITHHELD / RETAINED BY COMPANY FOR OTHERS | 33,838,714 |
| RECEIVABLES FROM PARENT, SUBSIDIARIES AND AFFILIATES | 32,956,470 | RETROACTIVE REINSURANCE RESERVE ASSUMED | 799,616 |
| OTHER ASSETS TRI-PARTY / TAX CREDIT BONDS | 4,978,191 | POLICYHOLDER DIVIDENDS | 10,703,481 |
| ASSUMED REINSURANCE RECEIVABLE AND PAYABLE | 626,488 | PROVISION FOR REINSURANCE | 5,066,341 |
| OTHER ASSETS | 469,503 | ADVANCE PREMIUM | 1,466,163 |
| | | REINSURANCE PAYABLE ON PAID LOSSES & LOSS ADJ EXPENSES | 14,059,693 |
| | | PAYABLE FOR SECURITIES LENDING | 16,739,896 |
| | | CEDED REINSURANCE NET PREMIUMS PAYABLE | 46,530,912 |
| | | OTHER ACCRUED EXPENSES AND LIABILITIES | 386,299 |
| | | TOTAL LIABILITIES | $ 2,168,704,267 |
| | | CAPITAL STOCK | $ 6,480,000 |
| | | PAID IN SURPLUS | 433,803,760 |
| | | OTHER SURPLUS | 1,784,474,307 |
| | | TOTAL SURPLUS TO POLICYHOLDERS | $ 2,224,758,067 |
| TOTAL ASSETS | $ 4,393,462,334 | TOTAL LIABILITIES & SURPLUS | $ 4,393,462,334 |

STATE OF CONNECTICUT    )
COUNTY OF HARTFORD    ) SS.
CITY OF HARTFORD    )

MICHAEL J. DOODY, BEING DULY SWORN, SAYS THAT HE IS SECOND VICE PRESIDENT, OF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, AND THAT TO THE BEST OF HIS KNOWLEDGE AND BELIEF, THE FOREGOING IS A TRUE AND CORRECT STATEMENT OF THE FINANCIAL CONDITION OF SAID COMPANY AS OF THE 30TH DAY OF JUNE, 2018.

*Michael J Doody*
SECOND VICE PRESIDENT

SUBSCRIBED AND SWORN TO BEFORE ME THIS
23RD DAY OF AUGUST, 2018

NOTARY PUBLIC

SUSAN M. WEISSLEDER
*Notary Public*
*My Commission Expires November 30, 2022*





| | Travelers Casualty and Surety Company of America<br>Travelers Casualty and Surety Company<br>St. Paul Fire and Marine Insurance Company |
|---|---|

### POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS**: That Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company are corporations duly organized under the laws of the State of Connecticut (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint **BARTLOMIEJ SIEPIERSKI** of **CHICAGO**, **Illinois**, their true and lawful Attorney-in-Fact to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed, and their corporate seals to be hereto affixed, this **3rd** day of **February, 2017**.

  

State of Connecticut

City of Hartford ss.

By: _____
Robert L. Raney, Senior Vice President

On this the **3rd** day of **February, 2017**, before me personally appeared **Robert L. Raney**, who acknowledged himself to be the Senior Vice President of Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

**In Witness Whereof**, I hereunto set my hand and official seal.

My Commission expires the **30th** day of **June, 2021**



_____
Marie C. Tetreault, Notary Public

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company, which resolutions are now in full force and effect, reading as follows:

**RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED**, that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED**, that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, **Kevin E. Hughes**, the undersigned, Assistant Secretary of Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which remains in full force and effect.

Dated this  29th day of  March, 2019

  

_____
Kevin E. Hughes, Assistant Secretary

*To verify the authenticity of this Power of Attorney, please call us at 1-800-421-3880.*
*Please refer to the above-named Attorney-in-Fact and the details of the bond to which the power is attached.*

## ACKNOWLEDGEMENT BY SURETY

STATE OF ILLINOIS
COUNTY OF WILL

On this 29th day of March, 2019, before me, Paul M Allen, a Notary Public, within and for said County and State, personally appeared Bartlomiej Siepierski to me personally known to be the Attorney-in-Fact of and for Travelers Casualty and Surety Company of America and acknowledged that s/he executed the said instrument as the free act and deed of said Company.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, at my office in the aforesaid County, the day and year in this certificate first above written.

_____
Notary Public in the State of Illinois
County of Will

OFFICIAL SEAL
PAUL M ALLEN
NOTARY PUBLIC, STATE OF ILLINOIS
WILL COUNTY
MY COMMISSION EXPIRES 07/06/2022