# EXHIBIT 2

**COMMON LAW INTELLECTUAL PROPERTY
OF WORLD WRESTLING ENTERTAINMENT, INC.**

**DESIGNS**

| | | | |
|---|---|---|---|
| WrestleMania | WrestleMania | W Legends | WrestleMania |
| RAW | SmackDown | NXT Live | KO Show |
| Hot Ronda! | Rowdy! Ronda Rousey | WWE Hall of Fame | AJ |
| Get These Hands | Yes! Yes! Yes! | Yes Mode! | Yes |
| Bella Army | BB | Go Brie Mode | WWE TLC Tables Ladders Chairs |
| P1 | Ember Moon | U Can't Stop Me | (John Cena) |
| (Bull head) | (Red bull head) | What? | (Triple H symbol) |

| | | | |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |





| | |
|---|---|
| 100% BAD LASS | LOSING STREAK |
| FEARLESS | STYLIN & PROFILIN |
| SUPLEX CITY | AMBROSE ASYLUM |
| MACHO MAN RANDY SAVAGE | MANKIND |
| TAPOUT | FEEL THE POWER |
| ATTITUDE ADJUSTMENT | MONSTER OF ALL MONSTERS |
| TEXAS RATTLESNAKE | FROM ASHES TO EMPIRE |
| BADDEST ON THE PLANET | MR. WRESTLEMANIA |
| GLORIOUS | NAKAMURA |
| BATISTA | GLORIOUS HAS ARRIVED |
| THE BAR | THE ARCHITECT |
| PYTHON POWER | GOLDUST |
| BEAST INCARNATE | THE CHAMP IS HERE |
| RAW IS JERICHO | HERE COMES THE MONEY |
| OUTTA NOWHERE | HIT HARD HIT OFTEN |
| BOOGEYMAN | HITMAN |
| UNSTABLE | THE NEW FACE OF FEAR |
| BOOKER T | NO AUTOGRAPHS PLEASE |
| ROMAN EMPIRE | IT'S TRUE IT'S TRUE |
| BRIE MODE | HULKAMANIA |
| RIC FLAIR | I AM PHENOMENAL |
| BULLETPROOF | I BRING THE FIGHT |
| STAY FEARLESS | I'M A HUGGER |
| CAN I GET A HUG | BRETT HART |
| CATCH YOUR BREATH | I'M THE BOSS |
| STING | IN SHANE WE TRUST |
| CERTIFIED G | CEREBRAL ASSASSIN |
| DEADMAN INC. | IRON SHEIK |
| BRUTUS THE BARBER BEEFCAKE | IT'S FEEDING TIME |
| RICKY "THE DRAGON" STEAMBOAT | IT'S MY YARD |
| | IT'S TOO BAD I'M TOO GOOD |
| DIRTY DEEDS | WM |
| DO MORE. FEAR LESS. | JAKE THE SNAKE ROBERTS |
| VENOM IN MY VEINS | U CAN'T SEE ME |
| DOWN SINCE DAY ONE | JOHNNY WRESTLING |
| DOWN WITH THE MACHINE | KEEP CALM AND NEVER GIVE UP |
| WOO DAT | |
| EAT SLEEP CONQUER REPEAT | KO |
| EDDIE GUERERO | TWISTED BLISS |
| THE SHOWSTOPPER | LAYETH THE SMACKDOWN |
| FADE TO BLACK | TWO WORDS |
| FASHION PATROL | LITTLE MISS BLISS |
| | AJ STYLES |

| | |
|---|---|
| FEARLESS NIKKI | ANDRE THE GIANT |
| TALKING SOULS AND DIGGING HOLES | FEEL THE GLOW |
| APEX PREDATOR | TEDDY LONG |
| MONSTER AMONG US | BAD NEWS BARRETT |
| FIGHT OWENS FIGHT | THAT DAMN GOOD |
| THAT'S WHAT I DO | GET THESE HANDS |
| BARON CORBIN | NATURE BOY |
| GO BRIE MODE | THE ARTIST |
| NEW DAY POPS | BAYLEY'S GONNA HUG YOU |
| HONKY TONK MAN | HELL YEAH |
| ONE VERSUS ALL | THE HOUSE THAT AJ BUILT |
| ORIGINAL BRO | THE LEGIT BOSS |
| BIG E | HULK HOGAN |
| PAWS OUT, CLAWS OUT | DO THE WORK |
| BEAST FOR BUSINESS | THE ULTIMATE THRILL RIDE |
| RAISE YOUR LIMITS | DIAMOND DALLAS PAGE |
| SWAFT | TOP GUYS |
| BIG CASS | TOTALLY FEARLESS |
| RESPECT EARN IT | TRISH STRATUS |
| HULKAMANIAS RUNNING WILD | BOLIEVE |
| JIM ROSS | TO BE THE MAN |
| RIOTT SQUAD | REBORN BY FATE |
| RISE ABOVE | UNDISPUTED ERA |
| KURT ANGLE | EARN IT |
| RKO | UP UP DOWN DOWN |
| EDGE | VENGEANCE UNEARTHED |
| RONDA ROUSEY | RISE ABOVE HATE |
| ROWDY | I'M AWESOME |
| SANITY | WHO WHO WHO |
| YOU KNOW IT | BURN IT DOWN |
| SGT. SLAUGHTER | WM34 |
| SPARE NO ONE, SPEAR EVERYONE | WOKEN |
| SPLX-CTY | IRON FIST, IRON RULE |
| FEED ME MORE | WOOOOO DAT |
| STEP UP OR STEP ASIDE | YES YES YES |
| STEPH FOR BUSINESS | YOKOZUNA |
| WALK WITH ELIAS | YOU CAN'T STOP ME |
| STONE COLD STEVE AUSTIN | DELETE |
| STRONG STYLE | |
| LEGIT BOSS | |
| MACHO MAN | |