# EXHIBIT 1

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 4/7/19 |
|---|---|
| NAME OF SERVER *(PRINT)* Joseph Perry | TITLE Detective |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: _MetLife Stadium Parking Lot_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____
_____

☐ Other (specify) :_____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _4/7/19_
_____
Date

_____
*Signature of Server*

_120 Carton Court_
*Address of Server*

_Bklyn, N.Y. 11229_

## VENUE ENFORCEMENT REPORT

Date of Event: _____ 4-7-19 _____

Event Venue: _____ MetLife Stadium _____

Name of Defendant Served: _____ Eric D. Moore _____

Address of Defendant Served:

_____ 1600 Sedgwick, 26E _____

_____ Bronx, New York 10453 _____

Time Defendant Served: _____ 10:09 pm _____

Type of Merchandise Seized: _____ T-shirts _____

Quantity of Merchandise Seized: _____ 58 _____

Approx. Height of Defendant: _____ 5' 9" _____

Approx. Weight of Defendant: _____ 220 lbs. _____

Ethnicity of Defendant: _____ B/m _____



# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**WORLD WRESTLING
ENTERTAINMENT, INC.,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**JOHN AND JANE DOE 1–100, ET AL.,**
*Defendant*

CASE
NUMBER: **2:19–CV–09039–SDW–LDW**

TO: *(Name and address of Defendant):*

Eric D. Moore

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Loly G. Tor
K&L Gates LLP
One Newark Center, 10th Floor
Newark, New Jersey 07102
loly.tor@klgates.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**
_____
CLERK



**ISSUED ON 2019–03–29 15:07:55, Clerk**
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE  4/7/19 |
| NAME OF SERVER *(PRINT)*  Joseph Perry | TITLE  Detective |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: _MetLife Stadium Parking Lot_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify) : _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/7/19
_____
Date

Signature of Server

120 Canton Court
_____
Address of Server

Bklyn, NY. 11229

## VENUE ENFORCEMENT REPORT

Date of Event: _____4-7-19_____

Event Venue: _____MetLife Stadium_____

Name of Defendant Served: _____Anthony Simmons_____

Address of Defendant Served:

_____

_____

Time Defendant Served: _____10:09 pm_____

Type of Merchandise Seized: _____T-shirts_____

Quantity of Merchandise Seized: _____56_____

Approx. Height of Defendant: _____5'6"_____

Approx. Weight of Defendant: _____200 lbs._____

Ethnicity of Defendant: _____B/m_____



300633068 v1

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**WORLD WRESTLING
ENTERTAINMENT, INC.,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**JOHN AND JANE DOE 1–100, ET AL.,**
*Defendant*

CASE
NUMBER: **2:19–CV–09039–SDW–LDW**

TO: *(Name and address of Defendant):*

Anthony Simmons

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Loly G. Tor
> K&L Gates LLP
> One Newark Center, 10th Floor
> Newark, New Jersey 07102
> loly.tor@klgates.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**

CLERK



**ISSUED ON 2019–03–29 15:07:55**, Clerk
USDC NJD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE *4/7/19* |
|---|---|
| NAME OF SERVER (PRINT) *Joseph Perry* | TITLE *Detective* |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: *MetLife Stadium Parking Lot*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
  discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
  _____
  _____

☐ Other (specify) : _____
  _____
  _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   *4/7/19*
                 Date

*[signature]*
Signature of Server

*120 Canton Court*
Address of Server

*Bklyn, NY. 11229*

## VENUE ENFORCEMENT REPORT

Date of Event: _____4-7-19_____

Event Venue: _____MetLife Stadium_____

Name of Defendant Served: ___Louis E. Moore_____

Address of Defendant Served:

_____60 E. 135ᵗʰ St., Apt. 3B_____

_____New York, NY 10037_____

Time Defendant Served: ____10:55 pm_____

Type of Merchandise Seized: ____T-shirts_____

Quantity of Merchandise Seized: _____60_____

Approx. Height of Defendant: _____5'7"_____

Approx. Weight of Defendant: _____230 lbs._____

Ethnicity of Defendant: _____B/m_____



# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**WORLD WRESTLING
ENTERTAINMENT, INC.,**
*Plaintiff*

V.                          **SUMMONS IN A CIVIL CASE**

**JOHN AND JANE DOE 1–100, ET AL.,**
*Defendant*

CASE
NUMBER: **2:19–CV–09039–SDW–LDW**

TO: *(Name and address of Defendant):*

Louis E. Moore

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)
— or 60 days if you are the United States or a United States Agency, or an office or employee of
the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff
an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil
Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose
name and address are:

        Loly G. Tor
        K&L Gates LLP
        One Newark Center, 10th Floor
        Newark, New Jersey 07102
        loly.tor@klgates.com

If you fail to respond, judgment by default will be entered against you for the relief
demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**
CLERK



**ISSUED ON 2019–03–29 15:07:55, Clerk**
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE  4/7/19 |
| NAME OF SERVER (PRINT)  Joseph Perry | TITLE  Detective |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: MetLife Stadium Parking Lot

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify) : _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/7/19
                        Date

_____
Signature of Server
120 Canton Court
Address of Server
Bklyn, NY 11229

## VENUE ENFORCEMENT REPORT

Date of Event: _____4-7-19_____

Event Venue: _____Met Life Stadium_____

Name of Defendant Served: ___Lillar R. Hayes_____

Address of Defendant Served:

_____

_____

Time Defendant Served: _____10:56 pm_____

Type of Merchandise Seized: ___T-shirts_____

Quantity of Merchandise Seized: ___33_____

Approx. Height of Defendant: ___5'5"_____

Approx. Weight of Defendant: ___150 lbs._____

Ethnicity of Defendant: ____Hsp._____



300633068 v1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**WORLD WRESTLING
ENTERTAINMENT, INC.,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**JOHN AND JANE DOE 1–100, ET AL.,**
*Defendant*

CASE
NUMBER: **2:19–CV–09039–SDW–LDW**

TO: *(Name and address of Defendant):*

Lillar R. Hayes

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Loly G. Tor
> K&L Gates LLP
> One Newark Center, 10th Floor
> Newark, New Jersey 07102
> loly.tor@klgates.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**
CLERK



**ISSUED ON 2019–03–29 15:07:55**, Clerk
USDC NJD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 4/7/19 |
|---|---|
| NAME OF SERVER (PRINT) Joseph Perry | TITLE Detective |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Metlife Stadium Parking Lot

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify) : _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/7/19
_____
Date

_____
Signature of Server

120 Canton Court
Address of Server
Bklyn, N.Y. 11229

## VENUE ENFORCEMENT REPORT

Date of Event: _____ 4-7-19 _____

Event Venue: _____ MetLife Stadium _____

Name of Defendant Served: _____ Andre Oquinn _____

Address of Defendant Served:

_____ 1535 Undercle Av., 515 _____

_____ Bronx, New York 10453 _____

Time Defendant Served: _____ 11:16 pm _____

Type of Merchandise Seized: _____ T-Shirts _____

Quantity of Merchandise Seized: _____ 53 _____

Approx. Height of Defendant: _____ 6' 0" _____

Approx. Weight of Defendant: _____ 180 lbs _____

Ethnicity of Defendant: _____ B/M _____



300633068 v1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**WORLD WRESTLING
ENTERTAINMENT, INC.,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**JOHN AND JANE DOE 1–100, ET AL.,**
*Defendant*

CASE
NUMBER: **2:19–CV–09039–SDW–LDW**

TO: *(Name and address of Defendant):*

Andre Oquinn

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Loly G. Tor
> K&L Gates LLP
> One Newark Center, 10th Floor
> Newark, New Jersey 07102
> loly.tor@klgates.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**
CLERK



**ISSUED ON 2019–03–29 15:07:55, Clerk**
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE  4/7/19 |
| NAME OF SERVER *(PRINT)*  Joseph Perry | TITLE  Detective |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: _Metlife Stadium Parking Lot_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____

☐ Other (specify) :_____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _4/7/19_
Date

_____
Signature of Server

120 Carlon Court
Address of Server

Bklyn, N.Y. 11229

## VENUE ENFORCEMENT REPORT

Date of Event: _____ 4-7-19 _____

Event Venue: _____ Met Life Stadium _____

Name of Defendant Served: _____ Paris E. Leacraft _____

Address of Defendant Served:

_____ 1333 Lotus St. _____
_____ Columbia, SC 292054 _____

Time Defendant Served: _____ 11:16pm _____

Type of Merchandise Seized: _____ T-shirts _____

Quantity of Merchandise Seized: _____ 49 _____

Approx. Height of Defendant: _____ 6' 3" _____

Approx. Weight of Defendant: _____ 225 lbs _____

Ethnicity of Defendant: _____ B/m _____



# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**WORLD WRESTLING
ENTERTAINMENT, INC.,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**JOHN AND JANE DOE 1–100, ET AL.,**
*Defendant*

CASE
NUMBER: **2:19–CV–09039–SDW–LDW**

TO: *(Name and address of Defendant):*

Paris E. Leacraft

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)
— or 60 days if you are the United States or a United States Agency, or an office or employee of
the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff
an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil
Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose
name and address are:

>Loly G. Tor
>K&L Gates LLP
>One Newark Center, 10th Floor
>Newark, New Jersey 07102
>loly.tor@klgates.com

If you fail to respond, judgment by default will be entered against you for the relief
demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**
CLERK



**ISSUED ON 2019–03–29 15:07:55, Clerk**
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE *4/7/19* |
| NAME OF SERVER (PRINT) *Joseph Perry* | TITLE *Dective* |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: *Metlife Stadium Parking Lot*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify) : _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___*4/7/19*___
Date

Signature of Server

*120 Canton Court*
Address of Server
*Bklyn - N.Y. 11229*

## VENUE ENFORCEMENT REPORT

Date of Event: _____4-7-19_____

Event Venue: _____MetLife Stadium_____

Name of Defendant Served: _____Devon Brown_____

Address of Defendant Served:

_____218 E. 161ST St._____

_____Bronx, New York 10456_____

Time Defendant Served: _____12:44 am (on 4-8-19)_____

Type of Merchandise Seized: _____T-shirts_____

Quantity of Merchandise Seized: _____98_____

Approx. Height of Defendant: _____6' 0"_____

Approx. Weight of Defendant: _____250 lbs._____

Ethnicity of Defendant: _____B/M_____



# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**WORLD WRESTLING
ENTERTAINMENT, INC.,**
*Plaintiff*

### V.

**SUMMONS IN A CIVIL CASE**

**JOHN AND JANE DOE 1–100, ET AL.,**
*Defendant*

CASE
NUMBER: **2:19–CV–09039–SDW–LDW**

TO: *(Name and address of Defendant):*

Devon Brown

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Loly G. Tor
> K&L Gates LLP
> One Newark Center, 10th Floor
> Newark, New Jersey 07102
> loly.tor@klgates.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**
_____
CLERK



**ISSUED ON 2019–03–29 15:07:55, Clerk**
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE _4/7/19_ |
| NAME OF SERVER *(PRINT)* _Joseph Perry_ | TITLE _Detective_ |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: _MetLife Stadium Parking Lot_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify) : _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _4/7/19_
　　　　　　　Date

_[signature]_
*Signature of Server*

_120 Clinton Court_
*Address of Server*
_Bklyn NY 11229_

## VENUE ENFORCEMENT REPORT

Date of Event: _____4-7-19_____

Event Venue: _____Met Life Stadium_____

Name of Defendant Served: ___Mitchell J. Slater___

Address of Defendant Served:

_____2140 Madison Ave., 4B_____

_____New York, NY 10037_____

Time Defendant Served: ___12:47 am (on 4-8-19)___

Type of Merchandise Seized: ___T-shirts___

Quantity of Merchandise Seized: ___31___

Approx. Height of Defendant: ___5'-11"___

Approx. Weight of Defendant: ___180 lbs.___

Ethnicity of Defendant: ___B/M___

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**WORLD WRESTLING
ENTERTAINMENT, INC.,**
*Plaintiff*

V.

**JOHN AND JANE DOE 1–100, ET AL.,**
*Defendant*

**SUMMONS IN A CIVIL CASE**

CASE
NUMBER: **2:19−CV−09039−SDW−LDW**

TO: *(Name and address of Defendant):*

Mitchell J. Slater

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Loly G. Tor
> K&L Gates LLP
> One Newark Center, 10th Floor
> Newark, New Jersey 07102
> loly.tor@klgates.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**
_____
CLERK



**ISSUED ON 2019−03−29 15:07:55**, Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 4/7/19 |
| NAME OF SERVER (PRINT) Joseph Perry | TITLE Detective |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: _MetLife Stadium Parking Lot_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify) : _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/7/19___
Date

Signature of Server

_180 Canton Court_
Address of Server
_Bklyn, NY. 11229_

## VENUE ENFORCEMENT REPORT

Date of Event: _____4-7-19_____

Event Venue: _____Met Life Stadium_____

Name of Defendant Served: _____Tyreak Rush_____

Address of Defendant Served:

_____

_____

Time Defendant Served: _____12:50 am (on 4-8-19)_____

Type of Merchandise Seized: _____T-shirts_____

Quantity of Merchandise Seized: _____42_____

Approx. Height of Defendant: _____5'-10"_____

Approx. Weight of Defendant: _____190 lbs_____

Ethnicity of Defendant: _____B/m_____



# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**WORLD WRESTLING
ENTERTAINMENT, INC.,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**JOHN AND JANE DOE 1–100, ET AL.,**
*Defendant*

CASE
NUMBER: **2:19–CV–09039–SDW–LDW**

TO: *(Name and address of Defendant):*

Tyreak Rush

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)
— or 60 days if you are the United States or a United States Agency, or an office or employee of
the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff
an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil
Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose
name and address are:

> Loly G. Tor
> K&L Gates LLP
> One Newark Center, 10th Floor
> Newark, New Jersey 07102
> loly.tor@klgates.com

If you fail to respond, judgment by default will be entered against you for the relief
demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**

CLERK



**ISSUED ON 2019–03–29 15:07:55**, Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 4/7/19 |
| NAME OF SERVER *(PRINT)* Joseph Perry | TITLE Detective |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: MetLife Stadium Parking Lot

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify) : _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/7/19___
Date

_____
Signature of Server

120 Canton Court
Address of Server
Bklyn, NY. 11229

## VENUE ENFORCEMENT REPORT

Date of Event: _____ 4-7-19 _____

Event Venue: _____ Met Life Stadium _____

Name of Defendant Served: _____ John Doe _____

Address of Defendant Served:

_____

_____

Time Defendant Served: _____ 12:10am (on 4-8-19) _____

Type of Merchandise Seized: _____ T-shirts _____

Quantity of Merchandise Seized: _____ 49 _____

Approx. Height of Defendant: _____ 5' 11" _____

Approx. Weight of Defendant: _____ 200 lbs _____

Ethnicity of Defendant: _____ B/m _____



300633068 v1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**WORLD WRESTLING
ENTERTAINMENT, INC.,**
*Plaintiff*

V.                          **SUMMONS IN A CIVIL CASE**

**JOHN AND JANE DOE 1–100, ET AL.,**
*Defendant*

CASE
NUMBER: **2:19–CV–09039–SDW–LDW**

TO: *(Name and address of Defendant):*

John Doe

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Loly G. Tor
> K&L Gates LLP
> One Newark Center, 10th Floor
> Newark, New Jersey 07102
> loly.tor@klgates.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**
_____
CLERK



**ISSUED ON 2019–03–29 15:07:55,** Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE  4/7/19 |
| NAME OF SERVER *(PRINT)*  Joseph Perry | TITLE  Detective |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: _MetLife Stadium Parking Lot_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify) : _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _4/7/19_
             Date

_Signature of Server_

Address of Server  _120 Canton Court_

_Bklyn, NY 11229_

## VENUE ENFORCEMENT REPORT

Date of Event: _____ 4-7-19 _____

Event Venue: _____ Met Life Stadium _____

Name of Defendant Served: _____ John Doe _____

Address of Defendant Served:

_____

_____

Time Defendant Served: _____ 11:45 pm _____

Type of Merchandise Seized: _____ T-shirts _____

Quantity of Merchandise Seized: _____ 37 _____

Approx. Height of Defendant: _____ 5' 10" _____

Approx. Weight of Defendant: _____ 190 lbs. _____

Ethnicity of Defendant: _____ B/m _____



300633068 v1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**WORLD WRESTLING
ENTERTAINMENT, INC.,**
*Plaintiff*

V.

**JOHN AND JANE DOE 1–100, ET AL.,**
*Defendant*

**SUMMONS IN A CIVIL CASE**

CASE
NUMBER: **2:19–CV–09039–SDW–LDW**

TO: *(Name and address of Defendant):*

John Doe

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Loly G. Tor
> K&L Gates LLP
> One Newark Center, 10th Floor
> Newark, New Jersey 07102
> loly.tor@klgates.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**
CLERK



**ISSUED ON 2019–03–29 15:07:55**, Clerk
USDC NJD