# EXHIBIT 2

Personal Identifiers Redacted

# WRESTLEMANIA® 35
## New Jersey - 2019

## ENFORCEMENT REPORT

# WRESTLEMANIA® 35

## MetLife Stadium - East Rutherford, New Jersey



# WRESTLEMANIA® 35

**Pinnacle Annual WWE Event – located this year at MetLife Stadium in NJ**

- *82,265 people in attendance*
- *Fans came from all 50 states and 68 countries*



# Counterfeit Merchandise Seller #1:  ERIC D. MOORE



# Counterfeit Merchandise Seller #1: ERIC D. MOORE

**Was selling the following counterfeit WWE shirt:** **WE SEIZED 58 SHIRTS FROM HIM**



(front)



(back)

**(DESIGN #1)**

5

# Counterfeit Merchandise Seller #2:  ANTHONY SIMMONS



6

# Counterfeit Merchandise Seller #2: ANTHONY SIMMONS

**Was selling the following counterfeit WWE shirt:** **WE SEIZED 56 SHIRTS FROM HIM**



(front)



(back)

**(DESIGN #1)**

7

# Counterfeit Merchandise Seller #3:  LOUIS E. MOORE



# Counterfeit Merchandise Seller #3: LOUIS E. MOORE

**Was selling the following counterfeit WWE shirt:  WE SEIZED 60 SHIRTS FROM HIM**



(front)



(back)

**(DESIGN #1)**

9

# Counterfeit Merchandise Seller #4:  LILLAR R. HAYES



# Counterfeit Merchandise Seller #4: LILLAR R. HAYES

**Was selling the following counterfeit WWE shirt:** **WE SEIZED 33 SHIRTS FROM HER**



(front)



(back)

**(DESIGN #1)**

11

# Counterfeit Merchandise Seller #5:  ANDRE OQUINN



# Counterfeit Merchandise Seller #5: <u>ANDRE OQUINN</u>

**Was selling the following counterfeit WWE shirt:   WE SEIZED <u>53</u> SHIRTS FROM HIM**



(front)



(back)

**(DESIGN #1)**

13

# Counterfeit Merchandise Seller #6:  PARIS E. LEACRAFT



# Counterfeit Merchandise Seller #6: PARIS E. LEACRAFT

**Was selling the following counterfeit WWE shirt:  WE SEIZED 49 SHIRTS FROM HIM**



(front)



(back)

**(DESIGN #1)**

15

# Counterfeit Merchandise Seller #7:  DEVON BROWN



Name:    Devon Brown
DOB:    ██ 92
Address:  218 E. 161st Street
          Bronx, NY 10456

16

# Counterfeit Merchandise Seller #7: DEVON BROWN

**Was selling the following counterfeit WWE shirt:** **WE SEIZED 87 SHIRTS FROM HIM**



(front)



(back)

**(DESIGN #1)**

17

# Counterfeit Merchandise Seller #7: <u>DEVON BROWN</u>

**Was <u>also</u> selling the following counterfeit WWE shirt:** <span style="color:red">**WE SEIZED <u>11</u> SHIRTS FROM HIM**</span>



(front)



(back)

<span style="color:red">**(DESIGN #2)**</span>

18

# Law Enforcement seizing from Counterfeit Merchandise Seller #7:

 

19

# Counterfeit Merchandise Seller #8:  MITCHELL J. SLATER



# Counterfeit Merchandise Seller #8: MITCHELL J. SLATER

**Was selling the following counterfeit WWE shirt:  WE SEIZED 31 SHIRTS FROM HIM**



(front)



(back)

**(DESIGN #2)**

21

# Counterfeit Merchandise Seller #9:  TYREAK RUSH



# Counterfeit Merchandise Seller #9: <u>TYREAK RUSH</u>

**Was selling the following counterfeit WWE shirt:** <span style="color:red">**WE SEIZED <u>42</u> SHIRTS FROM HIM**</span>



(front)



(back)

<span style="color:red">**(DESIGN #2)**</span>

23

## Counterfeit Merchandise Seller #10:

## JOHN DOE

**Was served, but refused to give personal information and claimed he had no ID on his person.**

# Counterfeit Merchandise Seller #10: JOHN DOE #1

**Was selling the following counterfeit WWE shirt:  WE SEIZED 49 SHIRTS FROM HIM**



(front)



(back)

**(DESIGN #1)**

25

## Counterfeit Merchandise Seller #11:

## JOHN DOE

**Was served, but refused to give personal information and claimed he had no ID on his person.**

# Counterfeit Merchandise Seller #11: JOHN DOE #2

**Was selling the following counterfeit WWE shirt:** **WE SEIZED 37 SHIRTS FROM HIM**



(front)



(back)

**(DESIGN #1)**

27

# OTHER WWE EVENTS IN NEW YORK – BOOTLEG REPORT

In addition to bootleggers selling at the WrestleMania event, they were also selling counterfeit merchandise at WWE's other events before and after WrestleMania – WWE Hall of Fame and WWE Raw.

These other events were held at the Barclay's Center in Brooklyn, New York and, therefore, we were unable to serve these individuals under the TRO.

# WWE Hall of Fame Event…

*Day Before* **WrestleMania in New York**

- *Located at the Barclays Center – Brooklyn, NY*
- *Live ceremony event similar to the Oscars - honoring those who have achieved success in the sports entertainment industry*



**EIGHT bootleggers were selling counterfeit WWE merchandise at the event.**

29