# The following bootleg shirts were confiscated by police at the WWE Hall of Fame event:  <span style="color:red">33 confiscated</span>



(front)



(back)

**(DESIGN #1)**

# The following bootleg shirts were confiscated by police at the WWE Hall of Fame event:   <span style="color:red">22 confiscated</span>



(front)



(back)

**(DESIGN #2)**

# WWE Hall of Fame Event
# Counterfeit Merchandise Seller #1: *(in NY – not served)*



# WWE Hall of Fame Event
# Counterfeit Merchandise Seller #2: *(in NY – not served)*



# WWE Hall of Fame Event
# Counterfeit Merchandise Seller #3: *(in NY – not served)*



34

# WWE Hall of Fame Event
# Counterfeit Merchandise Seller #4: *(in NY – not served)*



35

# WWE RAW Event…
### *Day After* WrestleMania in New York

- *Located at the Barclays Center – Brooklyn, NY*

- *Live wrestling event that takes place every Monday night throughout the entire year.*



**FIVE bootleggers** were selling counterfeit WWE merchandise at this event.

36

# The following bootleg shirts were confiscated by police at the WWE RAW event: <span style="color:red">18 confiscated</span>



(front)



(back)

**(DESIGN #2)**

37

# The following bootleg shirts were confiscated by police at the WWE RAW event:  **3 confiscated**



(front)



(back)

**(DESIGN #1)**

38

# The following bootleg shirts were confiscated by police at the WWE RAW event:  <span style="color:red">47 confiscated</span>





(front)          *(print quality is actually blurry)*

(back)          *(list of WWE scheduled events)*

**<span style="color:red">(This identical bootleg shirt was being sold in Lexington, Kentucky on January 23, 2019.)</span>** 39

## The following bootleg shirts were confiscated by police at the WWE RAW event:  <span style="color:red">40 confiscated</span>



(front)

40

# WWE RAW Event
# Counterfeit Merchandise Seller #1: *(in NY – not served)*



# WWE RAW Event
# Counterfeit Merchandise Seller #2: *(in NY – not served)*



# WWE RAW Event
# Counterfeit Merchandise Seller #3: *(in NY – not served)*



43

# SUMMARY

# SUMMARY BOOTLEG REPORT:

 

**(Design #1)**

This is <u>NOT</u> a shirt that WWE is selling.

<u>This identical shirt design (front & back) was being sold at WrestleMania by counterfeiters from the following locations:</u>

- Bronx, *New York*
- New York, *New York*
- Columbia, *South Carolina*

- <u>477 of these identical shirts were being sold by 9 different bootleggers at WrestleMania</u>
- <u>33 of these identical shirts were being sold at WWE Hall of Fame</u>
- <u>3 of these identical shirts were being sold at WWE RAW</u>

45

# SUMMARY BOOTLEG REPORT:

 

**(Design #2)**

This is **NOT** a shirt that WWE is selling.

**This identical shirt design (front & back) was being sold at WrestleMania by counterfeiters from the following locations:**

- Bronx, *New York*
- New York, *New York*

- **89 of these identical shirts were being sold by 3 different bootleggers at WrestleMania**
- **22 of these identical shirts were being sold at WWE Hall of Fame**
- **18 of these identical shirts were being sold at WWE RAW**

# SUMMARY BOOTLEG REPORT:




**This is <u>NOT</u> a shirt that WWE is selling.**

**<u>This identical shirt design (front & back) was being sold by counterfeiters in following locations</u>:**

- **Lexington, *Kentucky* on January 13, 2019**
- **Brooklyn, *New York* on April 8, 2019**

47

# TOTAL NUMBER OF COUNTERFEIT SHIRTS SEIZED DURING WRESTLEMANIA® EVENTS

- **566 shirts** seized under the TRO during WrestleMania under the TRO

- **163 shirts** confiscated by police in New York during WWE Hall of Fame and WWE RAW events

**Total: 729 counterfeit shirts**

48

**We also know we'll be "hit" throughout the year when the police presence is not so prevalent...**

**The following slides depict counterfeit merchandise we have encountered already at our other live events <u>leading up to WrestleMania</u>...**

49

## Bridgeport, CT (7/8/18):  Counterfeit shirts being sold by four individuals.





(front)                                    (back)

*(same bootleg shirt being sold in Boston, MA the next night and in Brooklyn, NY a month later)*

## <u>For Bridgeport, CT seizure, <span style="color:red">report from local law enforcement</span></u>:

"A lot of bootleg at the show.  With the help of a couple of local cops we were able to scurry off 6 people.  Upon checking the stand after the initial rush for the IN, I notice another wave of people coming in with bootleg shirts.  Walked back out into the parking lot and was able to scurry another 6 away.  The blow-off was even worse as they were everywhere…"

Mon 7/9/2018 9:34 AM

**Fwd: WWE RAW LE Bridgeport 7/8/18**

To   Middlen, Lauren

Cc

Lauren, see below Casey had some bootleg in Bridgeport last night.

-A lot of bootleg at the show. With the help of a couple local cops we were able to scurry off 6 people. Upon checking the stand after the initial rush for the IN, I notice another wave of people coming in with bootleg shirts. Walked back out into the parking lot and was able to scurry another 6 away. The blow-off was even worse as they were everywhere. I have attached a photo of the shirt.

-

Casey

<CT049180708.xlsx>the

51

**Bridgeport, CT (7/8/18):**  In addition to the many sellers outside the venue, this individual was selling *inside* the arena:



**Boston, MA (7/9/18):  Counterfeit shirts being sold by many individuals.**



(front)



(back)

*(same bootleg shirt being sold in Bridgeport, CT the night before and in Brooklyn, NY a month later)*

## For Boston, MA seizure, report from local law enforcement:

"Bootleg again tonight.  4 Guys.  I didn't see them until the blowoff.  Same design."



Mon 7/9/2018 10:26 PM

Re: WWE RAW LE Bridgeport 7/8/18

To   Middlen, Lauren

ⓘ You forwarded this message on 7/9/2018 10:29 PM.

Bootleg again tonight. 4 Guys. I didn't see them until the blowoff. Same design.

Sent from my iPhone

**Brooklyn, NY** (8/19/18):  Counterfeit shirts being sold by several individuals:



(front)                                                                                                      (back)

*(same bootleg shirt being sold in Bridgeport, CT and Boston, MA a month earlier)*

**Los Angeles, CA** (11/17/18):  Counterfeit shirts being sold by **five** individuals:



(front)



(back)

**Lexington, KY** (1/13/19):  Counterfeit shirts being sold by several individuals:



(front)



(back)

## For Lexington, KY seizure, report from local law enforcement:

"… attached are the bootlegs that were being sold in Lexington, KY tonight.  It was the same 6 guys that were in Charleston, WV on Friday.  All 6 of them were in front of the arena to start the show until we chased them off and then the same 6 came back at 9:30pm and were actually inside the lobby right outside the arena to end of the night…"



**<u>Jacksonville, FL</u> (2/8/19):  Counterfeit shirts being sold by <u>SIX</u> individuals, each carrying a large duffel bag full of these counterfeit shirts:**



(front)



(back)

# COUNTERFEIT PRODUCT SOLD AT WWE LIVE EVENTS:

- Traditionally sized for children to wear or use

- Most of the shirts seized were the <u>identical</u> design even though the counterfeiters came from different locations/states

- Inferior shirt quality – could be flammable

- Inferior ink quality – could be flammable, cause allergic reactions

- Counterfeiters keep them "stored" in their pants or other parts of their person until sale is made

- Often have strong, adverse odors

60

## <u>COUNTERFEIT PRODUCT SOLD AT WWE LIVE EVENTS</u>:

**We might not be able to find 100% of the counterfeit merchandise being sold at our events, but we must have the ability to seize 100% of what we <u>do</u> find.**

## COUNTERFEIT PRODUCT
## POSES A SIGNIFICANT PUBLIC SAFETY RISK!