# UNITED STATES DISTRCIT COURT
# DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

NEWARK

JUDGE: Susan D. Wigenton                    Date: April 15, 2019

COURT REPORTER: Joanne Sekella

DEPUTY CLERK: Carmen D. Soto

TITLE OF CASE:                              Docket # 19-9039

WORLD WRESTLING ENTERTAINMENT, INC. v. JOHN DOE AND JANE DOE, ET AL.

**Appearances:**

Loly Tor, Esq. for Pltf
Christopher Verdini, Esq. for Pltf
Lauren Dienes-Middlen, Esq. for Pltf

NATURE OF PROCEEDING:  **SHOW CAUSE HEARING**

At call for show cause hearing on Pltf's motion for Preliminary Injunctive Relief [Dkt. No. 5];
Deft's failed to appear;
Ordered motion **GRANTED;**
Order to be signed.

Time commenced:    12:30 p.m.
Time adjourned:    12:40 p.m.
Total time:        10 mins.

Cc: Chambers                                Carmen D. Soto
                                            Deputy Clerk