# K&L GATES

October 11, 2019

Loly Garcia Tor
loly.tor@klgates.com

T +1 973 848 4026
F +1 973 848 4001

**Via ECF**

Hon. Susan Wigenton, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re:    World Wrestling Entertainment, Inc. v. Moore, et al.
        Case No. 19-cv-9039-SDW-LDW**

Dear Judge Wigenton:

On behalf of plaintiff World Wrestling Entertainment, Inc., pursuant to L. Civ. R. 41.1(a), enclosed please find the Declaration of Christopher M. Verdini to Show Good Cause Why This Case Should Not Be Dismissed.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

*Loly G. Tor*

Loly Garcia Tor

Enclosure

K&L GATES LLP
ONE NEWARK CENTER   TENTH FLOOR   NEWARK   NJ 07102
T +1 973 848 4000  F +1 973 848 4001  klgates.com

Anthony P. La Rocco, Managing Partner, New Jersey